UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

**Andrew Bryant Sheets**,
**Plaintiff**,

v.

**JERRY PRESSELLER IN PERSONAL AND PROFESSIONAL CAPACITY**

**THE DOWNTOWN MERCHANTS COMMITTEE OF PUNTA GORDA, INC**

**DAVID JOSEPH LIPKER, IN PERSONAL AND PROFESSIONAL CAPACITY**

**CITY OF PUNTA GORDA**,
**Defendant**.

**Case No.: 2:24-cv-00495**

---

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**

**Plaintiff**, **Andrew Bryant Sheets**, respectfully moves this Court for an Order compelling the Defendant(s) to respond to Plaintiff's properly served **discovery requests** under **Federal Rule of Civil Procedure 37**. In support of this motion, Plaintiff states as follows:

---

### I. BACKGROUND

1. On **SEP.3.2024**, Plaintiff served
2. **JERRY PRESSELLER**
3. **THE DOWNTOWN MERCHANTS COMMITTEE OF PUNTA GORDA, INC**
4. **DAVID JOSEPH LIPKER**
5. **CITY OF PUNTA GORDA**



6.

7. with **Plaintiff's First Set of Discovery Requests**, which included **Interrogatories**, **Requests for Production of Documents**, and other appropriate discovery requests, via **email**, the method previously used by both parties for communication.

8. Under **Federal Rule of Civil Procedure 33(b)(2)** and **34(b)(2)**, the Defendant was required to respond to Plaintiff's discovery requests within **30 days** of service, by **[Date 30 days from service]**. To date, **44 days** have passed without the Defendant providing any responses.

9. On **SEP,26,2024**, a few days before the initial 30-day deadline expired, Plaintiff sent a follow-up email asking whether the Defendant intended to respond to the discovery requests. The Defendant lawyer david jadon said he needed proper service.



10. On s**ep,30,2024**, Plaintiff again followed up with the Defendant, Asking if they oppose motion to compel and sanctions for not answering discovery. Defendant lawyer david jadon said I object.



11.

12. On **oct,16.2024**, when the 30-day period had passed, Plaintiff again followed up with the Defendant, Asking if they oppose motion to compel. Defendants lawyers said if plaintiff propounds discovery they will comply.



13.

14. As of today, **44 days** have elapsed since Plaintiff served the discovery requests. Defendants continues to oppose this motion, nor has Defendants requested any extension from Plaintiff or the Court. Or explained what mite be wrong that the pro se plaintiffs discovery.

## II. LEGAL STANDARD

6. **Federal Rule of Civil Procedure 37(a)** allows a party to file a motion to compel discovery when another party fails to respond to interrogatories or requests for production.

7. The purpose of discovery under **Federal Rule of Civil Procedure 26(b)(1)** is to allow parties to obtain **nonprivileged information** that is relevant to any party's claim or defense and is proportional to the needs of the case. Discovery is a crucial part of ensuring a fair trial and avoiding surprise.

8. Under **Federal Rule of Civil Procedure 33(b)(2) and 34(b)(2),** a responding party has **30 days** to serve its responses and objections after being served with interrogatories and document production requests, unless the parties stipulate to or the court orders otherwise. Failure to do so allows the requesting party to seek an order compelling discovery under **Rule 37(a)**.

9. The **Defendant's refusal** to respond to discovery is improper and has caused undue delay. The Defendant has also failed to demonstrate any legal justification for this delay, despite multiple reminders and opportunities to comply with the Federal Rules of Civil Procedure.

### III. ATTEMPTS TO RESOLVE DISCOVERY DISPUTE

10. Plaintiff has made good faith efforts to resolve this discovery dispute without court intervention. Plaintiff sent **three reminders** to the Defendants

11. The Defendant opposed motion to compel and refused to provide responses, necessitating this motion.

### IV. RELIEF REQUESTED

12. Plaintiff respectfully requests that the Court compel the Defendant to provide full and complete responses to Plaintiff's discovery requests, which were served on **sep,3,2024**.

13. Plaintiff also seeks any other relief this Court deems appropriate under the circumstances, including a timeline for prompt compliance to prevent further undue delays in discovery.

### V. CONCLUSION

For the reasons set forth above, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Compel and order the Defendant to provide full and complete responses to Plaintiff's discovery requests within **[10-14 days]**.

**I confered with the opposing councils, lawyer david jadon objects and lawyer Robert Eschenfelder said he propounds.**

**DATED:** 10/17/2024
**Respectfully submitted,**

/s/ andrew bryant sheets

andrew bryant sheets pro se

11408 pepperdine st

punta gorda,fl,33955

941-916-2259

federallawsuit4freespeech@gmail.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served on **David R. Jadon, Esquire**

**Florida Bar No.: 1010249**

**Roper, Townsend & Sutphen, P.A.**

**255 S. Orange Avenue, Suite 750**

**Orlando, FL 32801**

**Telephone: (407) 897-5150**

**Facsimile: (407) 897-3332**

**Primary: djadon@roperpa.com**

**Secondary: smiddleton@roperpa.com**

**Attorney for Defendant**

**Robert Michael Eschenfelder, Esq.**

**FBN 0008435**

**Trask Daigneault, LLP**

**1001 S. Ft. Harrison Avenue, Ste. 201**

**Clearwater, FL 33756**

**Phone: 727.733.0494**

**Primary: rob@cityattorneys.legal**

**Secondary: jennifer@cityattorneys.legal**

, counsel for the Defendants, via the Court's electronic filing system and via email on **10/17/2024**.

**Andrew Bryant Sheets**