UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.                                                    Case No.:  2:24-cv-495-JLB-KCD

JERRY PRESSELLER, THE
DOWNTOWN MERCHANTS
COMMITTE OF PUNTA GORDA,
INC, DAVID JOSEPH LIPKER,
CITY OF PUNTA GORDA and
PUNTA GORDA DOWNTOWN
MERCHANTS ASSOCIATION,
INC.,

    Defendants.
_____/

## ORDER

Plaintiff has filed a "Notice" to inform the Court that the State Attorney's Office is treating his third-party subpoena duces tecum as a public records request. (Doc. 65.) Plaintiff objects to such treatment and asks the Court to order compliance with the subpoena. (*Id.* at 3.) The Court **denies** the request as moot because the subpoena has been quashed (as Plaintiff seemingly acknowledges in the Notice). (*See* Doc. 64; Doc. 65 at 1.)

**ORDERED** in Fort Myers, Florida this November 13, 2024.

Kyle C. Dudek
United States Magistrate Judge