UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.

JERRY PRESSELLER, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; THE DOWNTOWN MERCHANTS COMMITTE OF PUNTA GORDA, INC, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; OFFICER DAVID JOSEPH LIPKER, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF PUNTA GORDA, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; AND PUNTA GORDA DOWNTOWN MERCHANTS ASSOCIATION, INC.,

    Defendants,
_____/

Case No. 2:24-CV-495-JLB-KCD

## **ORDER**

Plaintiff Andrew Bryant Sheets served several non-party subpoenas that have apparently gone unanswered. He now moves to compel compliance. (Docs. 76, 77, 78, 79.)

There are two problems. First, Plaintiff's motions do not include a certificate under Local Rule 3.01(g), which requires that the movant "confer with the opposing party in a good faith effort to resolve the motion" and include

a certificate explaining the results of the conferral. Further, when a motion targets a non-party (as here), the movant "must confer with the parties to the action *and any non-party against which relief is requested.* (Doc. 3 at 6 (emphasis added).)

Second, there is no certificate (or indication) that Plaintiff served his motions on the non-parties he is seeking relief against. *See, e.g.*, *Jenkins v. Winn–Dixie Stores, Inc.*, No. 3:14-CV-1104-J-34MCR, 2015 WL 12915699, at *1 (M.D. Fla. Oct. 5, 2015) (denying motion to compel where defendant "failed to serve [it] on the non-parties").

For these reasons, Plaintiff's motions to compel (Docs. 76, 77, 78, 79) are **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Fort Myers, Florida on December 9, 2024.

Kyle C. Dudek
United States Magistrate Judge