UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.

                              Case No. 2:24-CV-495-JLB-KCD

JERRY PRESSELLER, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; OFFICER DAVID JOSEPH LIPKER, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF PUNTA GORDA, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; AND PUNTA GORDA DOWNTOWN MERCHANTS ASSOCIATION, INC.,

    Defendants,
_____/

## **ORDER**

Plaintiff Andrew Bryant Sheets requests "Court intervention" to address "evidence preservation issues involving Defendant, the City of Punta Gorda." (Doc. 83.) Plaintiff's motion is **DENIED** because he failed to comply with Local Rule 3.01(g), which requires that the movant "confer with the opposing party in a good faith effort to resolve the motion" and include a certificate explaining the results of the conferral. Any renewed motion must contain a Rule 3.01(g) certificate.

2

**ORDERED** in Fort Myers, Florida on December 23, 2024.

Kyle C. Dudek
United States Magistrate Judge

2