UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

      Plaintiff,

v.

JERRY PRESSELLER, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; OFFICER DAVID JOSEPH LIPKER, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF PUNTA GORDA, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; AND PUNTA GORDA DOWNTOWN MERCHANTS ASSOCIATION, INC.,

      Defendants,

Case No. 2:24-CV-495-JLB-KCD

## **ORDER**

Non-Party North Port Police Department (hereinafter "North Port") moves to quash a discovery subpoena served by Plaintiff Andrew Bryan Sheets. (Doc. 85.) The motion is deficient on several grounds. For starters, North Port failed to attach a copy of the subpoena. Without viewing its full text, the Court is unable to assess whether the subpoena is sufficiently "extensive" to warrant relief under Fed. R. Civ. P. 45. Second, North Port's motion lacks "a legal memorandum supporting the request" as required under Local Rule 3.01. And finally, there is no certificate of service that shows North Port provided its

motion to Sheets. Accordingly, the Court cannot grant the relief sought on the current record, and North Port's motion (Doc. 85) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Fort Myers, Florida on December 30, 2024.

Kyle C. Dudek
United States Magistrate Judge