UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ANDREW B. SHEETS,**
**Plaintiff,**
v.

Case No: 2:24-cv-0495-JLB-KCD

**JERRY PRESSELLER,**

**PUNTA GORDA DOWNTOWN MERCHANTS ASSOCIATION, INC.,**

**DAVID JOSEPH LIPKER,**

**CITY OF PUNTA GORDA.**
**Defendants.**

**PLAINTIFF'S NOTICE REGARDING DEFENDANT PRESSELLER'S FAILURE TO PROPERLY CONFER REGARDING INTERROGATORIES**

---

**TO THE HONORABLE COURT:**

Plaintiff Andrew B. Sheets, acting pro se, respectfully submits this notification regarding Defendant Jerry Presseller and his counsel's failure to properly confer with Plaintiff concerning the Second Set of Interrogatories in accordance with the Federal Rules of Civil Procedure and the discovery obligations outlined therein.

**Background**

1. Plaintiff served a Second Set of Interrogatories to Defendant Jerry Presseller. While Plaintiff misunderstood the Federal Rules of Civil Procedure Rule 33(a)(1), which limits the number of interrogatories to 25 including subparts, other defendants properly conferred with Plaintiff to identify which questions in the Second Set should be answered.

2. However, Defendant Presseller's counsel failed to confer with Plaintiff about which interrogatories Plaintiff wished to prioritize, nor did Defendant seek clarification or attempt to resolve the issue amicably. Instead, Defendant unilaterally chose which interrogatories to answer, while objecting to others as exceeding the permissible limit, without notifying or consulting Plaintiff.

**Issues Raised**

1. **Failure to Confer in Good Faith:**
   Defendant Presseller's counsel failed to follow the Court's and Local Rules requiring parties to confer and resolve disputes in good faith before involving the Court. This failure deprived

    Plaintiff of the opportunity to clarify his interrogatories and prioritize questions in compliance with Rule 33(a)(1).

2. **Unilateral Action on Discovery Requests:**
   Defendant's counsel's approach—answering only selected questions—violates the spirit of cooperative discovery and creates undue confusion and delay in resolving the case.

3. **Prejudice to Plaintiff:**
   Defendant's lack of conferral and incomplete responses hinder Plaintiff's ability to fully develop the factual record necessary to advance his claims and rebut Defendant's positions.

**Relief Requested**

Plaintiff respectfully requests the following relief:

1. That the Court order Defendant Presseller to confer with Plaintiff in good faith regarding the interrogatories to resolve any disputes over the number of questions and ensure compliance with Rule 33(a)(1).

2. That the Court direct Defendant to provide full and complete responses to Plaintiff's selected interrogatories, as identified after a proper conferral process.

3. Any other relief the Court deems just and proper to address Defendant's failure to comply with discovery obligations and ensure fairness in the proceedings.

**Respectfully submitted,**

/S/*Andrew B. Sheets, Pro Se*

11408 pepperdine st

 punta gorda,fl,33955

federallawsuit4freespeech@gmail.com

1/5/2025

Local Rule 3.01(g) Certification:

 Pursuant to Local Rule 3.01(g), on 12/26/2024, Plaintiff, Andrew Bryant Sheets, conferred with counsel for Defendants via email regarding the notification. none of the defendants answered.

 This certification reflects Plaintiff's good-faith compliance with the conferral requirement of Local Rule 3.01(g).

CERTIFICATE OF SERVICE

I hereby certify that a copy of this NOTIFICATION was served on all counsel of record via court system website on 1/5/2024

ROBERT MICHAEL ESCHENFELDER
Florida Bar No.: 0008435
JAY DAIGNEAULT
Florida Bar No.: 0025859
Trask Daigneault, L.L.P.
1001 S. Ft. Harrison Avenue, Ste. 201
Clearwater, FL 33756
Phone: 727.733.0494
Primary: rob@cityattorneys.legal
Secondary: jennifer@cityattorneys.legal

David R. Jadon, Esq.
Florida Bar No.: 1010249
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL 32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary: djadon@roperpa.com
Secondary: lramirez@roperpa.com

KNOTT EBELINI HART
1625 Hendry Street, Suite 301
Fort Myers, FL 33901
Ph: (239) 334-2722
Fax: (239) 334-2801
aknipe@knott-law.com (Primary)
wferris@knott-law.com (Primary)
jmock@knott-law.com (Secondary)
Asher E. Knipe
Florida Bar No. 0063951
William M. Ferris
**Florida Bar No. 1048728**