# Exhibit a

# EVENT MANUAL &

# APPLICATION

### Art /Craft Show ~ Block Party ~ Boat/Car Show ~ Cook-off ~ Concert
### Festival ~ Fishing Tournament ~ Parade ~ Walk/Run/Race













# Punta Gorda



*1*

## WELCOME

The City of Punta Gorda enjoys many fine and entertaining special events and festivals that help to make this an exciting City. These events enhance the lives of our citizens and attract visitors to our City. The City of Punta Gorda is committed to supporting quality special events throughout the community.

If you are planning a first-time event or simply making changes or renewing an annual event, give us a call before you complete your event plans. City staff members have valuable experience with hundreds of events and want to see your event succeed. Whether you are wondering about the closing of a street or seeking technical assistance with traffic and safety planning, a preliminary conversation with City staff may help you save valuable time and provide you with initial guidance in the development of your special event plan.

In order to help event organizers coordinate their plans with City requirements, we have compiled this Event Permit Manual, which contains application forms, policies, and related materials that are involved in the City's review and approval process. Please read this manual completely, even if you have planned events before.

We also recommend that you review the checklist included in this manual. Even though you do not need to submit this checklist to the City, we believe it raises many of the most common details to address when preparing for an event. We encourage you to call the Urban Design / Zoning & Code Compliance Division at 941-575-3352 with any questions about your event, either before filling out your application or at any time during the approval process. We want to ensure that your event will be a safe and enjoyable event for everyone.

As you begin the preliminary plans for your event, think carefully about the impacts and benefits the event brings to a community.

Following are some common impacts that thoughtful planning can help reduce:

- ✓ Plan ahead!  Applications for event permits MUST be submitted for processing at minimum of sixty (60) days prior to the event.
- ✓ Remember, when you close a street, even for two or three blocks, this can affect traffic for miles around as traffic is rerouted or turned away. The impact of a street closure is similar to dropping a pebble in a pond with each concentric circle expanding.
- ✓ Does your street closure block or impede access to police stations, fire stations, hospital emergency access routes, churches, schools, businesses, or residences?
- ✓ How does your event affect our public street system with regard to traffic routes or access?  Are alternate routes available to accommodate the numbers of people?
- ✓ Are you planning to serve alcohol at the event?  How will the use of alcohol affect the participant safety and enjoyment of the event, as well as security and insurance costs?
- ✓ What type of music will be featured at the event? How will the noise impact the surrounding neighborhood? What type of audience behaviors and crowd numbers may result from the type of music planned?
- ✓ Have you planned to insure people with disabilities are able to obtain or enjoy the same goods, activities, services, and benefits that are available to other members of the public? (Disabilities include, but are not limited to, mobility, ambulatory, visual, hearing and cognitive.) Does your site plan have an accessible route? Is there accessible parking? Are there modification to your policies and have you named an accessibility coordinator?
- ✓ What other events are planned throughout the city on the chosen date of your event?  Will they reduce attendance at your event or inhibit the ability of the City to provide necessary staffing?



2

## TABLE OF CONTENTS

Welcome ....................................................................................................................... 1

Things to Consider ....................................................................................................... 3

Event Definition ............................................................................................................ 5

Event Categories ......................................................................................................... 6

    Administrative Approval ........................................................................................... 6

    DRC Approval ........................................................................................................ 6

Event Application Procedure ........................................................................................ 7

DRC Event Approvals .................................................................................................. 9

Detail Assignment policy / Standby Personnel ........................................................... 12

Key Contact Numbers ................................................................................................ 15

Park Information ......................................................................................................... 16

Event Monitoring ........................................................................................................ 17

Important Notes .......................................................................................................... 18

Appendix A – Park Rental Fees

Appendix B – Applications

Appendix C – Contracts & Service Request

Appendix D - Maps

Appendix E – Park Information



*3*

## THINGS TO CONSIDER

### Will your event be held in one of the City's Parks?

If you are considering holding your event in a City of Punta Gorda park, you will first need to contact the Urban Design / Zoning & Code Compliance Division at 941-575-3352 to reserve the park. Additionally, the size of your event may dictate which of the City's parks are best suited to your event, or if the event requires a full event permit. City staff will be glad to discuss your needs and find the best park to make your event successful.

If you have decided to have your Event in a city park, you will be asked to complete a Park Rental Agreement and pay the appropriate fees. The fees for the park pavilions will vary with the size of the pavilion and the extra amenities available.  All park rules, regulations, and policies must be adhered to.

### Event Accessibility

Temporary events celebrate and support a "sense of community" and must encourage participation by all people. People with disabilities have the same hopes and dreams as people without disabilities. They want to access their communities and attend events with their friends and families. It is estimated that more than 21 percent of Americans aged 15 and over and 50 percent of Americans 65 years and older presently have some type of disability (Census, 2010). At some point in their lifetime, 70 percent of all Americans will have either a temporary or permanent disability.

Event organizers are required to modify policies and procedures to make sure they do not discriminate against persons with disabilities. For example, food vendors may be required to leave their booths briefly to assist someone with limited hand dexterity in reaching their money.

Organizers are required to modify policies to allow service animals at the event site. A service animal is a dog (or, in some cases, a miniature horse) that assists a person with a disability in performing one or more tasks related to their disability. Many temporary events have a "no pets" policy. However, a service animal is not a pet and must be allowed into any part of the event that its handler is allowed to attend. Event staff may only ask two questions of a service animal handler: 1) is this a service animal that is needed for the person's disability?; and 2) what task(s) is the animal trained to perform? Service animals must be housebroken and under the control of their handler at all times.

Planning for accessibility from the beginning improves the chances of creating an event that is enjoyable for all participants. Efforts to provide access after critical decisions have been made, such as selecting a site, may result in "add-on" solutions that may be more costly or less effective than necessary. Organizers should review the entire process of producing the event to ensure that accessibility is provided and maintained.  In addition the event organizer is required to designate an "accessibility coordinator" who is responsible for managing accessibility efforts.

For more information on planning for making temporary events accessible to people with disabilities visit https://adata.org/publication/temporary-events-guide



**4**

## Will a public street or right-of-way be used or closed?

Street is defined as any public right of way used for vehicular traffic that is permanently maintained by the City or State of Florida and is open to all traffic, platted at 20 feet in width or greater. All street closures are limited to **one (1)** request per licensed business per calendar year and requires City Council approval.

Alley is defined as a public way permanently reserved as a secondary means of access to abutting property, normally platted at less than 20 feet in width. All alley closures are limited to **one (1)** request per licensed business per calendar year and may be approved administratively through the Development Review Committee (DRC) process.

Permitting through other agencies including but not limited to Florida Department of Transportation (FDOT) may be required.

## ONLY the following events are exempt from the street/ally rental fees and closure limitations:

1. Punta Gorda Day's Block Party
2. Light Up the Night Christmas Tree Lighting
3. City of Punta Gorda Halloween Night Street Closure
4. Sullivan Street Arts & Craft Fairs
5. Punta Gorda Chamber of Commerce Spring and Fall downtown bash events
6. All non-stationary events including but not limited to:
   o Parade events
   o Run/race events
   o Organized protests or marches

Make a plan of your event. You must supply an estimate of the number of people attending your event, including a peak maximum number and length of time that number will be present, the number of toilets available (also discussed later), a diagram of the location and a map of the area, including parking. Even if your event does not require street or sidewalk closings, it may generate unusual pedestrian and/or vehicular traffic. This not only affects the event's participants, but also those who live, work and shop in the area surrounding the event's location. Changes in traffic flow must be considered in the planning process. In case of large events, consider establishing parking in other sites and shuttling participants to the event. Also consider parking for the disabled.

A map of your event **MUST** be attached to your Event Application form. Your map should include all street(s) to be used and the direction of the route, if applicable.

## Will you be having a band or amplified music?

If your event will be having a band or amplified music, there are a number of items that must be considered.

1. Is there a stage available at your proposed location, or will you need to obtain one?
2. Is there sufficient electricity to supply the band's equipment?
3. Will a tent be required? (see Fire Department section for tent regulations)
4. What hours will the band be playing? (Laishley Park Events must conclude no later than 10:00PM. No music is allowed at Gilchrist Park before Noon time on Sundays.)

## Toilet facilities and cleaning up after your event is over

Event planning must include requirements for sanitation and waste management plans. An event that does not provide for the personal comfort of patrons, or leaves an unsightly mess with litter and trash strewn about, will hurt its own future and will negatively affect the image of the city.



6

## EVENT CATEGORIES

The City has established two (2) levels of approval for the various events. The following the criteria used by the Urban Design/ Zoning & Code Compliance Division to determine whether or not an event requires Administrative or Development Review Committee (DRC) approval.

### Administrative Approval

This approval may be granted by the City staff if **ALL** the following criteria are met.

A.  The event will draw 200 guests or less during the entire event.
B.  The event will last four (4) hours or less.
C.  The event will NOT involve the sale or distribution of alcoholic beverages to the general public. (This restriction does not apply to a private party.)
D.  The event will only occupy a small portion of a City park, or have minimal impact on a City right-of- way/property.
E.  The event does not require police security or fire department services.
F.  The event does not include the set-up and use of any "attractive nuisances" such as a bounce house, trampoline, live animals, rock climbing wall, etc.

### DRC Approval

This approval will be required when **ONE OR MORE** of the following is true about a particular event request.

A.  The event will draw more than 200 guests during the entire event.
B.  The event is scheduled for more than four (4) hours, and/or will span multiple days.
C.  The event involves the sale and/or distribution of alcoholic beverages.
D.  The event will require police security and/or fire department service. Public safety personnel to be used shall be hired from the Punta Gorda Police Department or Fire Department staff. This shall not preclude an event organizer from having additional on-site security at their discretion. Any required Police or Fire service may be exempted by the Chief of Police and/or the Fire Chief at his/her discretion.
E.  The event will require organized and monitored parking.
F.  The event involves the barricading, or closure, of any public roadways, or the employment of Public Works personnel.
G.  The event will occupy the majority of the open space in the subject park.
H.  The event is being held by a for-profit group or individual, or a for-profit group is a major part of the event.
I.  The event includes a carnival, circus, or exhibition. This type of event will also require the approval of the Punta Gorda City Council.
J.  The event might place an extreme burden on City work crews because of its nature, size or timing.



**7**

## EVENT APPLICATION PROCEDURE

The City of Punta Gorda's Urban Design Division oversees the processing of applications to hold public events in City parks (e.g. Laishley, Gilchrist and Ponce de Leon Parks), on City rights-of-ways (e.g. walk-a-thon, parades, etc.), and on all other City-owned or private property. Public events requiring a City event permit include, but are not limited to:

| | | |
|---|---|---|
| ✓ Arts and/or Craft Shows | ✓ Community gatherings | ✓ Pickleball tournaments |
| ✓ Bicycle races | ✓ Fishing tournaments | ✓ Road races |
| ✓ Boat shows | ✓ Festivals | ✓ Tennis tournaments |
| ✓ Car shows | ✓ Memorial ceremonies | ✓ Walk-a-thon |
| ✓ Concerts | ✓ Parades | ✓ Weddings in the park |

Whenever a group or individual is seeking exclusive use of all or part of a public park or roadway for any length of time, or are planning a public event on private property, an event permit is required. Event organizers should include both set-up and clean-up time in their total time request for event approval. The following procedure shall be followed by all event organizers to obtain an event permit from the City of Punta Gorda.

### STEP1
Event organizers should contact the Urban Design Division at least ninety (90) days prior to their target date for the event in order to determine the feasibility and approval process required. Requests for approval shall be submitted to the City at least sixty (60) days prior to the event. Events must receive approval at least ten (10) calendar days in advance of the first day of the event.

***\*\*Any request for Harbor Walk closure in Laishley Park only, will require City Council approval a minimum of thirty (30) calendar days prior to the event date.\*\****

### STEP2
Event organizer obtains an **Event Manual and Application** from the Punta Gorda Urban Design Division is located on the 3rd floor of the City Hall Annex, 126 Harvey Street, 941-575-3352 or on line at www.CityofPuntaGordaFL.com.

### STEP3
Event organizer reviews manual and completes application forms, returning completed copy to the Urban Design Division where a permit number is assigned.

### STEP4
The organizer **must** answer all questions on the application for the event and submit a site plan or event route map per the deadlines listed above. ***All site plans must also include an accessible route to comply with ADA for the event and/or run.*** Event organizers should call the Punta Gorda Urban Design Division at 941-575-3352 if they need help in completing the form.

### STEP5
Event organizer awaits correspondence from the Urban Design/ Zoning & Code Compliance Division informing them of the type of approval being required. If Administrative approval is authorized, the applicant will receive notice of the approval from the Urban Design/ Zoning & Code Compliance Division, the Event organizer shall respond immediately to any requests for additional information.

### STEP6
Events requiring DRC approval require the Event organizer to attend a regularly scheduled Development Review Committee meeting to discuss the event. The DRC meets the two (2) times a month on Friday at 9:00 am in



*8*

Council Chambers.  The applicant or the organizer's representative shall attend the DRC meeting and failure to do so could result in the DRC being unable to take action on the request, and therefore delaying or denying approval.

However, the DRC has the authority to waive the requirement to hold the DRC meeting for certain events at their discretion.

*NOTE:   A final word of caution to event organizers.  **Any change** in the operations or nature of an approved event must be communicated to the Urban Design/ Zoning & Code Compliance Division who will then decide whether an additional Administrative or DRC approval is required.  Any such event changes will be provided by Urban Design/ Zoning & Code Compliance Division to all of the DRC members.*



**9**

## DRC EVENT APPROVALS

For events requiring DRC approval, a series of standards have been developed to assist organizers in planning the event operations. These standards may be varied and/or waived upon appeal to the DRC by the applicant. However, these review standards are to serve as the minimum requirements to be met to insure a safe and successful event.

### Standard 1

All site plan and event routes must be clearly drawn on the base maps provided by the Urban Design/ Zoning & Code Compliance Division. ***All site plans must also include an accessible route to comply with ADA for the event and/or run/walk route.*** Specifically, the applicant should show the approximate location where the following event components will be located:

A.  Food vendors - number and type
B.  Entertainment - number and size
C.  Display areas
D.  Tents – number and size
E.  Any off-premise directional signage – list of location(s), sizes, sign material & digital sample required with application. A maximum of eight (8) signs are permitted, signs shall not exceed 18" x 24" or 3 square feet in area and shall be no greater than 3' above existing grade. No temporary signs with flashing and/or electrically changeable messages are permitted to be placed anywhere within the City limits of the City of Punta Gorda. Any signage must be placed in accordance with the approved locations. Sign location map(s) are available in Urban Design/ Zoning & Code Compliance Division.
F.  Parking on and off-site, including a designated accessible area.
G.  As much as possible, the accessible route should be the same route used by other participants. Modifications to create accessible routes may be temporary or as permanent as resources allow. Once a route has been mapped out, it must be identified with signs if it deviates from paths used by the general public. (must be a minimum 36 inches wide)
H.  Per Chapter 24, Section 24-5, Punta Gorda Code, "It shall be unlawful to park any trailer on any privately owned property within the City for the purpose of living in such motor trailer, except on any property authorized and licensed as a trailer park." One (1) fully self-contained recreational vehicle is permitted for security and/or event purposes. If more than one, but less than four recreational vehicles are requested, The Punta Gorda City Council may grant Special Council Approval.
I.  In the event that more than four (4) trailers/recreational vehicles are necessary to remain within the City park as part of the event due to the nature of the event, such as but not limited to a national cooking event, where participants must be on site to monitor overnight cooking, the request will require Special Council Approval.
J.  Charlotte County Health Department, Environmental Services, will permit the Recreational Vehicles, provided that no gray water or black water is discharged on the property. Charlotte County Health Department, Environmental Services, will conduct inspections for events with overnight Recreational Vehicle parking/camping.
K.  If any recreational vehicles in conjunction with the event are found to be in violation of the above regulations, the event organizer shall be cited and fined up to $100.00 for the first offense and $200.00 for the second offense. Parking for recreational vehicles – if used for security purposes only, this is limited to one fully self-contained unit.
L.  Traffic ingress points
M.  Traffic egress points
N.  Emergency vehicle access
O.  Bathroom/sanitation facilities
P.  Garbage collection areas and dumpster location(s) (see location map)



*10*

Q.  Lighting areas (May be required for events which occur or extend into non-daylight hours)
R.  First aid area
S.  Alcoholic beverage distribution
T.  Communications (cellular)

Standard2

The organizer shall be required by the DRC to sign a standard hold harmless indemnification agreement provided by the City Urban Design/ Zoning & Code Compliance Division.

Standard3

The event organizer must provide proof of the sponsoring agency's nonprofit status with IRS certification or by a copy of their State of Florida tax exemption certificate.

Standard4

Any event organizer selling alcoholic beverages must supply the City Urban Design/ Zoning & Code Compliance Division with a copy of the State of Florida Alcoholic Beverage license.  Any event organizer using food/beverage vendors must certify that each vendor has State of Florida Health Department approval.

Standard5

All sound amplification or potential noise must be directed away from any surrounding residential areas.

Standard6

All event organizers shall be subject to City fees being billed to them if the City park or road right-of-way used for the event is not entirely cleaned and all event fixtures removed within 24-hours the first working day following the completion of the event.  Such fees are calculated by the City Public Works department providing the clean-up service based on the hourly wages, overhead costs and materials of the City personnel involved.  Equipment such as portable toilets, dumpsters or vendor trailers must be removed within 24-hours the first working day following the completion of the event.

Standard7

Use of City owned power boxes and water by an event organizer shall be monitored for billing to the organizer after the event. Events using City provided electric or water shall contact the Punta Gorda Facilities Maintenance Division, 941-575-5041, **at least two weeks prior to the event**.

Standard8

All DRC approved events must present a generalized plan for visitor parking at the event.  Event organizers who charge for parking or admission may do so with DRC approval. It is the responsibility of the event organizer to provide an accessible parking area and accessible route from the parking area to the event.

Standard9

All events requiring security shall use off-duty Punta Gorda Police Officers.  The cost of such on-site security shall be the sole responsibility of the applicant.  The Punta Gorda Police Department reserves the right to utilize off-duty Charlotte County Sheriff Deputies when needed and the event organizer will be billed by them at their rate.

Standard10

All events requiring fire department service shall use off-duty Punta Gorda Fire Department personnel, and shall bear the cost of providing such service.

Standard11

All DRC approved events shall follow the prescribed toilet requirements established by the Charlotte County Health Department for the provision of temporary on-site sanitation facilities. Portable hand-washing facilities shall



*11*

be provided in a proportion of one hand wash facility to every ten portable toilets required, and shall be provided at special events and remote locations where food is served or picnic areas are provided.

If portable toilets are provided for use by event participants, *a minimum of five percent of all units, but never less than one unit, must be accessible.* Where clusters of portable units are provided at various locations around the event site, five percent of the units in each cluster should be accessible. They should be equipped with all the accessible elements required by the Standards such as maneuvering space, grab bars, toilet paper dispensers within reach, etc. In addition, when all units are not accessible, the International Symbol of Accessibility must be posted on the units that are.

### NUMBER OF PORTABLE TOILETS REQUIRED FOR SPECIAL EVENTS

| Peak Attendance | Length of Event (in hours) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 250 | 2 | 2 | 3 | 3 | 3 | 3 | 3 |
| 500 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 1000 | 6 | 6 | 7 | 7 | 7 | 7 | 8 |
| 2000 | 8 | 9 | 10 | 10 | 12 | 12 | 13 |
| 3000 | 12 | 12 | 14 | 15 | 16 | 18 | 18 |
| 4000 | 16 | 18 | 19 | 20 | 20 | 22 | 24 |
| 5000 | 16 | 18 | 20 | 24 | 28 | 28 | 30 |
| 10,000 | 30 | 32 | 36 | 36 | 40 | 42 | 48 |
| 20,000 | 56 | 64 | 70 | 78 | 78 | 90 | 98 |

*Portable toilets will be required for any event with an expected accumulated attendance in excess of 500 people. For events in Gilchrist Park, no portable sanitation facilities will be required unless the expected event "peak" attendance exceeds 500 people. For events at Laishley Park, no portable sanitation facilities will be required unless the expected event "peak" attendance exceeds 2,000 people for over seven (7) hours. At large public events (over 500 peak attendance), event organizers shall be required to coordinate with Facilities Maintenance in regards to bathroom maintenance and supplies, 941-575-5041.*

Standard13

The use of fireworks or any other potentially hazardous devices may only be done with the written permission of the DRC

Standard14

No vehicles may be driven off City streets or driveways leading to Ponce de Leon, Gilchrist, or Laishley Parks unless expressly authorized as part of an approved event.

Standard15

No event may keep, display, or otherwise house live animals on City park land unless expressly authorized by the City Manager.

Standard16

The City Manager or his/her designee may approve the rental of the pickleball or tennis courts for special tournaments. The City Manager or his/her designee may authorize the temporary closure of the boat ramp at Laishley Park for specific events which use the Harborwalk as part of the route.

Standard17

Organizers receiving event approval from the City for a public park who will host food vendor cart operations must allow the city year-round vendor(s) the option of paying the event organizer's standard fee to be in the park during



*12*

the event, or to relocate at no charge to a part of the park not being used by the event organizers.

Standard18

All event organizers requiring the use of electrical power should make every effort to arrange the layout of their event so as to keep power users (e.g. vendors, entertainers, etc.) in close proximity to the power source(s). In the event of the need to hardwire directly into the electrical box, a licensed electrical contractor will be required. **A copy of the electrical contractor license must be provided to Facilities Maintenance two weeks prior to the scheduledevent.**

Standard19

Any event serving food/beverages shall provide a plan to remove garbage generated by the event.  The City does **NOT** provide dumpsters or temporary garbage containers.

Standard20

It is the responsibility of the event organizer to contact, in writing, each business that could be affected by any street  closures  prior to submitting the DRC application.  The letter should include the dates and times of the proposed street closures and contact information of the event organizer, should the businesses have any questions or comments regarding the event and the street closures.

Standard21

All events organizers are required to name an "accessibility coordinator" to manage accessibility efforts to ensure those with disabilities are able to obtain or enjoy "the same goods, services, facilities, privileges, advantages, or accommodations" that are provided to other members of the public.





## DETAIL ASSIGNMENT POLICY / STANDBY PERSONNEL

The purpose of the policy is to establish a uniform procedure for the administration of detail activities by Public Works, Police and Fire personnel at Events in the City.

### Definitions

A.  Detail is a service to a client who temporarily introduces an unusual hazard into a public building or area within the City that will impact public safety service needs due to the nature of the event.

B.  Hazard is defined as a product being used, the nature of an event or the number of persons attending the event that would compromise the safety network of the City and any event that includes the sale or distribution of alcoholic beverages and/or closure of public streets and/or rights-of-way.

C.  A permit for the hazardous activity will be issued by the Development Review Committee, or City Department thereof, and the detail is required as a condition of the permit.

D.  An accessible route ensures individuals who use wheelchairs or walking aids or who walk with difficulty have an accessible route of travel throughout the event site. A successful accessible route connects site arrival points and parking with all exterior and interior event exhibits and activities, including public amenities, such as toilet rooms, water coolers, and other facilities.

E.  Effective Communication means that whatever is written or spoken must be as clear and understandable to people with disabilities as it is for people who do not have disabilities.

F.  Number of personnel attending the event will constitute the detail procedure followed based on the following schedule:

   1.  At large public events, event organizers shall be required to employ:
      a.  A minimum of one (1) police officer per 1,000 people attending or at the discretion of the Police Department based on the type of event.
      b.  A minimum of one (1) officer is required if alcohol is being served, regardless of the number of attendance.
      c.  A minimum of 2 (two) firefighters for every two thousand (2,000) people.
      d.  Requests for the assignment of five (5) or more police officers/firefighters shall require the assignment of an off-duty supervisor.
      e.  Over 5,000 people shall require the same as above plus any other personnel needed to handle the event.  The additional number will be agreed upon by the event organizer and the Chief of Police and/or the Fire Chief and/or their designee before the start of the event.

### Qualified Personnel

Public Works and Public safety personnel to be used shall be hired from the Punta Gorda Public Works Department, Police Department and/or Fire Department staff.  This shall not preclude an event organizer from having additional on-site security at their discretion.   Any required Police or Fire service personnel may be exempted by the Chief of Police or the Fire Chief at their discretion.

### Requesting Service - The event organizer shall:

A.  Complete the contract for request of the detail. The request must be submitted a minimum of sixty (60) days in advance of the event.

B.  State date, time and name of event.

C.  Identify a contact person who will be present and will meet with the assigned personnel.

D.  Be responsible for payment for services rendered.



*14*

**Service Fee:**

A.  Payment/checks shall be made directly to the "City of Punta Gorda".

B.  Payment shall be made prior to the date that the personnel are required to start work, or within 10 days of the event date with department supervisor's authorization. If timely payment is not received, future event requests may be denied and could result in a legal collections process.

C.  Personnel shall receive a minimum fee of two (2) hours pay for any work detail of less than two (2) hours duration.

D.  All fees will be paid per the current City's calculated rate for the City employee at the time of the event. Please contact each department for the current City's calculated rate.

*NOTE:  The Punta Gorda Public Works, Police and Fire Departments reserve the right to cancel off-duty details without notice, and to recall personnel for official duty when necessary for community safety. An approved off- duty personnel contract is required to be completed and payment received by the appropriate department a minimum of 10 days prior to the event or within 10 days of the event with department supervisor's authorization.*



**15**

## KEY CONTACT NUMBERS

The following provides a list of the City of Punta Gorda Departments responsible for assisting event organizers with the various components of most public events. Event organizers should feel free to call these departments to request assistance in planning and holding their event.

| Event Component | City Department | Phone Number (941) |
|---|---|---|
| Initial Event Coordination | Urban Design/Zoning & Code Compliance | 575-3352 |
| Event Security | Police Department | 575-5533 |
| | Fire Department | 575-5529 |
| MOT | Right-of-way | 575-5010 |
| Electrical Service | Facilities Maintenance | 575-5041 |
| Water Service | Facilities Maintenance | 575-5041 |
| Tent Permitting | Fire Prevention Division | 575-5529 |
| Temporary Event Signage | Zoning & Code Compliance | 575-3352 |

TrashRemovalTemporaryToilets
Individual event's responsibility.  The City does **NOT** provide trash removal services, trash receptacles, dumpsters, or temporary toilets for any event

AlcoholicBeverages
Contact the State of Florida, Department of Business and Professional Regulation, Division of Alcoholic Beverages and Tobacco at 239-278-7195 or 800-226-7359



*16*

## PARK INFORMATION

1. Parks are reserved on a "First Come, First Serve" basis, however the City of Punta Gorda has the discretion to cancel the event and/or future event dates. Cancellation must be received a minimum of one-year prior to the reserved date or the reservation fee is forfeited.

   Parks are reserved on a "First Come, First Serve" basis, however the City of Punta Gorda has the discretion to will be provided the opportunity to reserve the same dates and/or weekends of the same month for their annual event/s up to five (5) years in advance, and deposit at a $100.00 product event set-up fee. If, for some

2. All fishing tournament organizers and contestants must abide by all Federal, State and Local regulations and laws as well as any additional tournament rules that shall be enforced by the tournament director. Contact the Dockmaster at Marina Park, LLC at 941-575-0142 to ensure availability of dock space that may be needed.

3. All events at Laishley Park, regardless of the event size, applicant must place snow-fencing or stakes and ribbon, along the swale and entrance to the Harborwalk Condominium property a minimum of 24-hours in advance of event. Zoning and/or Code Compliance will conduct site inspection 24-hours prior to the event start date to ensure compliance with all set up requirements. A site map of area to be fenced will be provided by the Zoning Division. All round-about paver parking areas in Laishley Park must remain open and free of parked vehicles at all times during the event.

4. There are only certain events permitted to close the Harborwalk in **Laishley Park only**; Wine & Jazz Festival, 4th of July Festival, Chili & Beer Festival, Peace River Seafood Festival. All other events requesting to close the Harborwalk in **Laishley Park only** will require City Council approval. Any event which has received authorization to close the Harborwalk in Laishley Park is required to issue Public Service Announcements a minimum of two weeks prior to the event and place detour signs a minimum of 24-hours prior to the event. The detour route must be ADA accessible. Events in Gilchrist Park must leave the Harborwalk open to the public at all times, no exceptions.

5. All park regulations and/or codes remain in effect, as stated on park signs posted throughout the parks and shall be strictly enforced.

6. Events that have received DRC approval shall have exclusive use of the areas reserved for the specified time and dates of the event.

7. All rentals and/or tours for the History Park are handled through the Punta Gorda Historical Society. Please call Park Manager, 941-639-1887. All event organizers wishing to rent one or more City of Punta Gorda Public Park facilities will be required to sign a rental agreement.

8. All rentals for the Bayfront Center are handled through the YMCA, please call 941-505-0999, for rates and availability.

9. All rentals for the Community Room, courtyard, or open space area behind the Crab House are handled through Marina Park Management, LLC. The rental of the Community Room does not include reservation of or exclusive use of other park areas or amenities. Please contact Marina Park Management for rates and availability of the Community Room at 941-575-0142.

10. The event organizer will also be required to pay all applicable state and local taxes, unless a tax exempt certificate is provided. Events spanning multiple days shall pay the fees for each and every day of exclusive use of the facility according to the fee schedule in this manual.



*17*

## EVENT MONITORING

The City of Punta Gorda will monitor all large events.  Any major deviations from the approved event permit conditions by the event organizer may result in the event being prohibited from taking place in the City in the future, or could subject the event organizer to a fine per City Code Section 1-6.  Following the completion of an approved event, City crews will inspect the park or event route to check for any problems.  Failure to have portable toilets, dumpsters and/or vendor equipment removed within 24-hours of the event and/or excessive damage to City property or the use of City crews to clean up after a given event may result in an additional security/damage deposit being required of that event organizer in the future, and/or a direct billing for the services rendered.

After an event is completed, the organizer must pay for any use of City electrical power, water, sanitation services, or other City staff time.

*It is the City's express intention to support and assist event organizers in their efforts.  The goal of the City of Punta Gorda is to allow its citizens and their guests to enjoy the fine festivals and events held in this community. This manual is an attempt to insure that such events are truly an enjoyable gathering for one and all.*

NOTE:   Any event organizer who wishes to appeal any requirement or decision rendered by the DRC in conjunction with the provisions of this event manual may do so in writing to the City Manager no less than seven (7) days in advance of the first day of the event.



*18*

## IMPORTANT NOTES

### Accessibility

✓ People with disabilities must be able to obtain or enjoy the same goods, activities, services, and benefits that are available to other members of the public.  At a temporary event participants with disabilities must be able to:
- Arrive at the site in the same ways as others can (e.g. via private automobile, event shuttles).
- Get from accessible parking to entrances.
- Obtain additional information and directions on site.
- Move around the site as needed.
- Attend performances, participate in activities, and enter exhibits.
- Experience and enjoy activities, even if the participant's disability affects their ability to communicate.
- Select and purchase items at concessions.
- Use toilet rooms, water fountains, shelters, first aid stations, and other common amenities.

### AlcoholicBeverages

✓ A copy of the Florida Alcoholic Beverages permit is required 5 working days prior to the date of the event. Division of Alcoholic Beverages and Tobacco 239-278-7195.

### AmplifiedMusicand/orEntertainment

✓ Please attach type(s) of entertainment and scheduled time(s) of performance(s).  Indicate stage location on site plan.
✓ All amplifying equipment used in Gilchrist Park must face the water and will not be allowed before 12:00 noon on Sundays.
✓ If the stage at Laishley Park is to be used, the amplifying equipment must not be directed toward the Harborwalk Condominiums. All events at Laishley Park (including any clean-up) must be concluded by 10:00 pm.

### CityPersonnel

✓ All event organizers are required to contact the Public Works Department, Police Department and Fire Department prior to DRC review to determine if standby personnel will be required for the event.  (Certain City personnel may be required, i.e. Police Officer, E.M.T., Fire, etc. Once staffing needs are determined, the applicant will be required to complete and sign a contract detailing obligated City personnel costs necessary to assist the event.)
- Fire personnel contact the Asst. Fire Chief at 941-575-5529.
- Public Works personnel contact 941-575-5050.
- Police personnel contact Operations Captain at 941-575-5533.
- Facilities Maintenance 941-575-5041.

### Electrical/Water

✓ A licensed electrical contractor will be required for large events with the need to hardwire into the power boxes for sound systems, cooking, etc.Acopyoftheelectricalcontractorlicensemustbeprovidedto Facilities Maintenancetwoweekspriortothescheduledevent.
✓ All event organizers are required to contact the Facilities Maintenance Division at 941-575-5041 a minimum of 2 weeks prior to the event to discuss any electrical & water needs.  Facilities Maintenance Division will arrange with the event organizer/permittee 24-48 hours prior to the event to transfer any keys, codes, and combinations for utility access if necessary.   The event organizer will be required to complete



*19*

and sign the Facilities Maintenance Division Vendor Contract.

## Fireworks

- ✓ Fireworks will require a permit from the Fire Department. Application for permit must be received no less than one (1) month prior to the event. Any water displays shall be permitted by the US Coast Guard.

## Food/Cooking

- ✓ Indicate on site plan the location of vendors and cooking equipment to be used. Food vendors will also be required to provide absorbent material, i.e., sand or kitty litter for any liquid spills. For further information contact the Fire Marshal at 941-575-5529. Appropriately rated fire extinguishers are required.
- ✓ If yes, proof of the Health Department approval is required. (941-743-1266)

## Inspections

- ✓ Inspection by the Fire Department will be required on the day of the event. Please contact the Fire Marshall 24-hours in advance to schedule the inspection time at 941-575-5529. Event organizers are required to contact any existing park vendors (Urban Design/ Zoning & Code Compliance Division will provide names) to offer them the right to participate and pay the one time vendor fee that is charged to all participating vendors. The amount charged must be the same for all vendors. **Applicant is required to sign and submit the "Punta Gorda Fire Department Special Event Safety Checklist".**

## InsuranceRequirements

- ✓ Events on City Property. Please provide the City of Punta Gorda with a Certificate of Insurance for property and liability coverage of the event, naming the City as additional insured. Combined Single Limit for Bodily Injury liability having minimum limits of $1,000,000 per occurrence and $500,000 Property Damage liability. Certificate of Insurance is required to be submitted a minimum of two (2) weeks prior to the event.

## Parking

- ✓ Please refer to Standard #9 for the regulations regarding the charging for parking.
- ✓ If off-site parking provided, the site plan must indicate the location. Signs, barricades and traffic control plans will be the responsibility of the applicant and will be required in conjunction with Police Department, Fire Department and Public Works Department review and approval. If road is FDOT right-of-way, FDOT permit is required.
- ✓ The round-about paver areas in Laishley and Gilchrist Park must remain open and free of parked vehicles at all time during the event. The event applicant may be required to provide a permanent parking attendant in order to keep the roundabout clear for emergency access before during and after the event. This will be at the discretion of Police and Fire based on the nature and size of the event.

*No on street parking is permitted on the south side of West Retta Esplanade from Harvey Street to Shreve Street.*

## RecreationalVehicles

- ✓ If recreational vehicles to be used for security equipment, only one (1) fully self-contained RV is allowed to stay overnight, for an approved event only, for security purposes only. If more than one, but less than four recreational vehicles are requested, the Punta Gorda City Council may grant Special Council Approval.
- ✓ In the event that more than four (4) trailers/recreational vehicles are necessary to remain within the City park as part of the event due to the nature of the event, such as but not limited to a national cooking event, where participants must be on site to monitor overnight cooking, the request will require Special Council Approval.

**Punta Gorda**                                                                                          *20*

- ✓ Charlotte County Health Department, Environmental Services, will permit the Recreational Vehicles provided that no gray water or black water is discharged on the property.   Charlotte County Health Department, Environmental Services, will conduct inspections for events with overnight Recreational Vehicle parking/camping.
- ✓ If any recreational vehicles in conjunction with the event are found to be in violation of the above regulations, the event organizer shall be cited and fined up to $100.00 for the first offense and $200.00 for the second offense.

## SanitaryFacilities

- ✓ Portable/temporary sanitation facilities ARE REQUIRED for ALL events serving/selling food and/or beverages.
- ✓ If temporary sanitary facilities, (portable toilets and portable hand washing facilities), are being provided, please indicate number and location on site plan. (For calculations, see Event Manual, under Standard 8.)
- ✓ If portable toilets are provided for use by event participants, ***a minimum of five percent of all units, but never less than one unit, must be accessible.*** Where clusters of portable units are provided at various locations around the event site, five percent of the units in each cluster should be accessible. They should be equipped with all the accessible elements required by the Standards such as maneuvering space, grab bars, toilet paper dispensers within reach, etc. In addition, when all units are not accessible, the International Symbol of Accessibility must be posted on the units that are accessible.
- ✓ *Portable toilets will be required for any event with an expected accumulated attendance in excess of 500 people. For events in Gilchrist Park, no portable sanitation facilities will be required unless the expected event "peak" attendance exceeds 500 people. For events at Laishley Park, no portable sanitation facilities will be required unless the expected event "peak" attendance exceeds 2,000 people for over seven (7) hours. At large public events (over 500 peak attendance), event organizers shall be required to coordinate with Facilities Maintenance in regards to bathroom maintenance and supplies, 941-575-5041.*

## Signs

- ✓ No more than eight (8) off-premise Special Event signs may be approved for any one event.  **Such signs shall be no larger than 18" x 24", or 3 square feet in sign area and the top of such signs shall not be more than 3 feet above the existing grade.**
- ✓ Signs **must** be placed in accordance with the City approved sign locations.  Sign location map(s) are available in the Urban Design/ Zoning & Code Compliance Division
- ✓ **No temporary signs with flashing and/or electronically changeable messages are permitted to be placed anywhere within the City limits of the City of Punta Gorda.**

*NOTE: If there will be any off-premise directional signage, applicant must submit an example of sign(s), including dimensions, MUST use one of the 4 approved signage maps.  Maximum number of signs to be permitted is 8. Signs may only be put up 24 hours prior to the event and must be removed 12 hours after the end of the event.*



*21*

Streets/Traffic

- ✓ If any street(s) or sidewalk(s) are to be closed, the applicant will coordinate with the Right-of-way Division, 941-575-5010, to develop an approved maintenance of traffic (MOT) plan prior to submitting the event application for DRC review.
- ✓ If road is FDOT Right-of-way, FDOT permit is required; the Zoning Division and Right-of-way Division will assist the applicant with the FDOT permit application.
- ✓ The event organizer is required to provide a press release to the local media regarding any street closures or interruptions in the normal traffic flow.

Telephone Service

- ✓ Telephone service shall be available on site of event for emergency purposes. Indicate the arrangements you have made for communications on-site during event.

Tents/Canopies

- ✓ Must be indicate on site plan the tent size, location and type of surface on which the tent(s) will be installed and the intended use of each tent.
- ✓ Permits from the Fire Department 941-575-5529 or 941-575-5542 will be required for tents and the application for permit must be received no less than 2 weeks prior to the event. All tents/canopies must be fire retardant, per Fire Prevention requirements.

Trash Receptacles/Dumpsters

- ✓ All events with food/beverage sales/service must provide a dumpster.
- ✓ All trash containers must be removed within 24-hours of the closing of the event.
- ✓ It is the responsibility of the event organizer to empty and re-line all city trash receptacles used during the event.



**22**

## SPECIAL EVENT SIGNAGE - IMPORTANT NOTES

### Application Procedure

The City of Punta Gorda's Urban Design/ Zoning & Code Compliance Division oversees the processing of applications to permit Off-premises Event and/or Directional signage.

### Definitions

#### Off-PremisesEventSign

Any sign, placed in any City right-of-way, used for the purpose of displaying, advertising, identifying or directing attention to an event being held within the City of Punta Gorda.

#### Off-PremisesDirectionalSign

Any sign located in any City right-of-way, indicating the location of or directions to an event being held within the City of Punta Gorda.

### DRC Event Approvals

Applications will be reviewed by Development Review Committee (DRC) members for approval criteria.

#### CRITERIA1

All signs must be professionally made or have the appearance of a professionally made sign – hand painted or cardboard or poster board signs will be rejected.

#### CRITERIA2

A sample sign or digital photo of the proposed sign must accompany the application to include proper dimensions of the sign and overall height of the sign. A maximum of eight (8) signs is permitted. Sign size permitted – 18" x 24" or 3 square feet, no more than 3' above existing grade.

#### CRITERIA3

Choose location map #1, #2, #3 or #4.

#### CRITERIA4

Off-premises signs shall not have any windblown devices attached to sign. Windblown devices include but are not limited to balloons, windsocks, flutter or feather flags, streamers, banners etc.

#### CRITERIA5

All off-premises signs approved as part of an event are required to be removed immediately after the event has ended. Any signs left in the Right-of-Way more than 12 hours after the event has ended shall be a violation of the Punta Gorda Code and you may be charged with a violation and costs associated with removing signs.

*The charge for removing signs is $10.00 per sign. Any signs that are in violation of this provision and are removed by the City will be disposed of summarily. Repeatedly violating this section may cause the City to disapprove future requests.*



23

## Event Categories

Any event organizer requesting off-premises event signage and/or off-premises directional signage is required to complete and submit the event sign application for review. Events eligible for off-premises signage include but are not limited to:

- ✓ Arts and/or Craft Shows
- ✓ Bicycle races
- ✓ Boat shows
- ✓ Car shows
- ✓ Concerts

- ✓ Community gatherings
- ✓ Fishing tournaments
- ✓ Festivals
- ✓ Memorial ceremonies
- ✓ Parades

- ✓ Pickleball tournaments
- ✓ Road races
- ✓ Tennis tournaments
- ✓ Walk-a-thon
- ✓ Weddings in the park

Businesses are not permitted to utilize off-premises signs for business events and/or business promotions. Personal garage/yard sales are not permitted to utilize off-premises signs.

### Sign Dimensions

All off-premises signs cannot exceed 18" x 24" or 3 square feet in area and shall be no more than 3 feet above existing grade.   Provide a sample or digital photograph of a sample sign with dimensions.

### Signs Allowed

A **maximum** of **eight (8)** off-premises signs may be permitted.  All signs **MUST** be placed in one of 4 approved Map locations.  For events held outside of this area, sign locations to be approved by staff.



**24**

## RENTAL POLICIES AND PROCEDURES FOR URBAN FACILITIES

### POLICY1
This manual shall cover rental policies, procedures and fees for the use of the Government Center Plaza, all City Parks, along with Hector House Plaza, Herald Court Centre top parking deck and the open space of the Freeman House, known as City Urban Facilities. Herald Court Centre top parking deck is not available for rental during the Annual Downtown Block Party.

### POLICY2
Reservations for small events are available with an estimated attendance of 100 people or less for all City Urban Facilities with the exception of Herald Court Centre top parking deck. The maximum number of attendees permitted for the Herald Court Centre top parking deck will be determined by the Fire Marshall.

### POLICY3
Reservations for events lasting 4 hours or less, do not involve the sale or distribution of alcoholic beverages to the general public, do not have the need for electricity or include any attractive nuisances (rock climbing wall, bounce house, etc.), may be approved administratively, all other reservation requests will require Development Review Committee (DRC) approval.

### POLICY4
Reservation requests must be made in writing, using a form developed by the City of Punta Gorda.  The request must be received a minimum of sixty (60) days prior to the event. The request must also include a site plan.

### POLICY5
All rentals that include access to the interior of the Freeman House are handled through Old Punta Gorda, Inc. Please call (941)637-1445 or (941)833-4414.

### POLICY6
If renting the open space only by the Freeman House, please contact the City of Punta Gorda, Urban Design / Zoning & Code Compliant Department, (941)575-3314.

### POLICY7
Rental fees will be charged at the rate of $25.00 per hour for all City Urban Facilities with the exception of Herald Court Centre top parking deck. The rental fees for Herald Court Centre will be $125.00 per ½ day and $250.00 per full day.  A damage deposit in the amount of $250.00 will be charged for all City Urban Facilities with the exception of Herald Court Centre. The damage deposit for Herald Court Centre top parking deck will be $500.00.  The damage deposit is refundable, if after an inspection, no damage is found or no additional clean-up is required.

### POLICY8
Hours for event(s) at the Government Center Plaza must be after normal business hours for the City of Punta Gorda or on weekends, including set-up and clean-up.  Normal business hours are from 8:00 am to 4:30 pm, Monday – Friday.

### POLICY9
A reservation for the Government Center Plaza area does not include the use of the City Hall Annex parking garage.  The City Hall Annex parking garage closes daily at 5:00 pm.

### POLICY10
No electrical outlets are available on the Herald Court Centre top deck.  If a generator is used, the placement MUST be approved by the Fire Marshall.



25

**POLICY11**

No public restroom facilities are available at any site with the exception of Herald Court Centre top parking deck. If Herald Court Centre top parking deck is rented, the event organizer is responsible for contacting the property management company to arrange for a restroom attendant; any cost for such personnel is the responsibility of the event organizer. Event organizer is responsible for providing restroom facilities.  (If portable toilets are provided for use by event participants, a minimum of five percent of all units, but never less than one unit, must be accessible. Where clusters of portable units are provided at various locations around the event site, five percent of the units in each cluster should be accessible. They should be equipped with all the accessible elements required by the Standards such as maneuvering space, grab bars, toilet paper dispensers within reach, etc. In addition, when all units are not accessible, the International Symbol of Accessibility must be posted on the units that are.)

**POLICY12**

Event organizer will need to provide additional trash containers and provide for the removal of the trash containers.

**POLICY13**

Event organizer is responsible for notifying the public of "No Parking" on the top parking deck a minimum of 24 hours prior to the event by posting signs and barricades.

**POLICY14**

You may not limit access to the public parking at the Government Center Plaza or the Herald Court Centre parking garage.

**POLICY15**

You may not charge for parking.

**POLICY16**

Tents will require special approval as to location. Contact Public Works at (941)575-5050 for location approval. No tent stakes may be utilized for blacktop or brick paver surfaces. Tents will require a separate tent permit, which may be obtained from the Punta Gorda Fire Prevention office, 941-575-5542.

**POLICY17**

Glass containers are prohibited.

**POLICY18**

If alcoholic beverages will be served, you will be required to supply a copy of an alcoholic beverage license or exemption letter from Alcoholic Beverage and Tobacco department of the Division of Business and Professional Regulation.  Please contact Division of Alcohol Beverages and Tobacco at 239-278-7195.

**POLICY19**

No refunds will be issued unless an evacuation order has been issued for the area by emergency management.

**POLICY20**

Horses, ponies, elephants, lions, tigers and other exotic animals are not permitted on any site, without special approval.

**POLICY21**

No cooking will be permitted on any site.  Catering is allowed, provided that no cooking is done on-site



*26*

POLICY22

All events organizers required to name an "accessibility coordinator" to manage accessibility efforts to ensure those with disabilities able to obtain or enjoy "the same goods, services, facilities, privileges, advantages, or accommodations" that are provided to other members of the public.



## APPENDIX A – PARK RENTAL AND STREET CLOSURE FEES

**APPENDIX A**
**PARK FACILITY RENTAL AND STREET/ALLEY CLOSURE FEES**
**ADOPTED BY RESOLUTION**

### GILCHRIST PARK

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Gazebo | $20.00 per hour | $30.00 per hour | $50.00 |
| Gazebo & Plaza | $40.00 per hour | $60.00 per hour | $75.00 |
| Large Pavilion | $20.00 per hour | $30.00 per hour | $75.00 |
| Small Pavilion #1 | $10.00 per hour | $20.00 per hour | $50.00 |
| Open Space (up to 100) | $20.00 per hour | $30.00 per hour | $100.00 |
| Open Space (101 to 500) | $35.00 per hour | $45.00 per hour | $150.00 |
| Playground Pavilion #1 | $10.00 per hour | $20.00 per hour | N/A |

*Notes: Small Pavilion #2 and Playground Pavilion #2 are reserved for first come, first served use only. Playground area is not available for rent. Per City Council direction, closure of the Punta Gorda Pathways Harborwalk at this park is not permitted for any reason.*

### GILCHRIST PARK MULTI-DAY EVENT

| | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Set-up Per day | $150.00 | $150.00 | N/A |
| Clean-up per day | $150.00 | $150.00 | N/A |
| Event per day – Open Space | $300.00 | $500.00 | $500.00 |
| Event per day – Exclusive Use* | $500.00 | $750.00 | $500.00 |

*\*Includes Open Space, Gazebo, Plaza, and Pavilions. Per City Council direction, closure of the Punta Gorda Pathways Harborwalk at this park is not permitted for any reason.*

### LAISHLEY PARK

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Gazebo | $20.00 per hour | $30.00 per hour | $100.00 |
| Marriage Point | $10.00 per hour | $20.00 per hour | $75.00 |
| Stage/Open Space (up to 100) | $20.00 per hour | $30.00 per hour | $100.00 |
| Stage/Open Space (101 to 500) | $35.00 per hour | $45.00 per hour | $150.00 |
| Stage/Open Space (501 to 1500) | $45.00 per hour | $55.00 per hour | $300.00 |
| Open Air Pavilion #1* (up to 100) | $20.00 per hour $150.00 per day | $30.00 per hour $225.00 per day | $75.00 |
| Open Air Pavilion #2* (up to 100) | $20.00 per hour $150.00 per day | $30.00 per hour $225.00 per day | $75.00 |

*\*No tables or chairs are provided.*
*Note: Interactive Fountain area is not available for rent.*

**Florida's Harborside Hometown**

### LAISHLEY PARK MULTI-DAY EVENT

|  | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Set-up Per day | $150.00 | $150.00 | N/A |
| Clean-up per day | $150.00 | $150.00 | N/A |
| Event per day – Park Only | $300.00 | $500.00 | $500.00 |
| Event per day – Exclusive Use* | $500.00 | $750.00 | $500.00 |

*Includes Open Space, Wally Stage, Pavilions and Interactive Fountain area. Punta Gorda Pathways Harborwalk closure is ONLY permitted with City Council approval.*

### PONCE DE LEON PARK

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Shelter (up to 100) | $10.00 per hour | $20.00 per hour | $75.00 |
| Open Chapel (150-200) | $10.00 per hour | $20.00 per hour | $100.00 |
| Open Space (up to 100) | $10.00 per hour | $20.00 per hour | $100.00 |
| Open Space (101 to 250) | $20.00 per hour | $30.00 per hour | $150.00 |

*Note: Events over 250 attendees not permitted.*

### URBAN FACILITIES

| Location | Rate | Damage Deposit |
|---|---|---|
| Government Center (100 max) | $25.00 per hour | $250.00 |
| Hector House Plaza (100 max) | $25.00 per hour | $250.00 |
| Freeman House Plaza | $25.00 per hour | $250.00 |
| Herald Court Centre Top Deck | $125.00 for 4 hours $250.00 for all day | $500.00 |

### DISCOUNTED RATES

| Location | 501c3 Nonprofit Only | Active Military | Damage Deposit |
|---|---|---|---|
| All Facilities | $100.00 per day | Waiver of up to $150.00 | As stated per facility |

### STREET CLOSURE

|  | Category 1 (Non Profit) | Category 2 (For Profit) |
|---|---|---|
| Daily Rate | $500.00 | $750.00 |
| Cleaning/Damage Deposit* | $1,000.00 | $1,000.00 |
| Maintenance of Traffic (MOT)** | Actual Cost | Actual Cost |

*Cleaning/Damage Deposit is fully refundable provided no City services are required to clean the street after the event has concluded. The area will be inspected the morning after the event concludes. If upon inspection by City staff, the area requires additional cleaning, the event organizer will be notified and given 4 hours to complete. If not completed in the 4 hours, City staff will proceed with cleaning and the damage deposit will be forfeited. The damage deposits listed are minimums. Additional deposits may be required if deemed necessary by City staff due to the nature of the proposed event.*

**MOT will be invoiced for actual costs at time of event permit approval and must be paid prior to the event date.*

## Florida's Harborside Hometown

CITY OF PUNTA GORDA

~~PARK RENTAL & EVENTS~~

326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
ParkRental@CityofPuntaGordaFL.com
(941) 575-3367

## EVENT PERMIT APPLICATION

IMPORTANT:  Applications for event permits must be submitted for processing at **least sixty (60) days prior** to the event. The following information is required for all event permits issued by the City of Punta Gorda.  Please be aware that approval does not exempt the applicant from any County, State or Federal criteria which may apply to such event or activity. Non-refundable application fee shall be paid at time of application or the application will be returned. Rental fees will be paid at approval of the event request. All questions must be answered, incomplete applications will be rejected.   Signature must be notarized or application will be rejected. For further information, contact the Urban Design Division.

**EVENTS REQUESTING TO CLOSE THE HARBORWALK FOR AN EVENT, <u>REQUIRE SPECIAL COUNCIL APPROVAL</u> UNLESS OTHERWISE AUTHORIZED AND LISTED IN THE EVENT APPLICATION PACKAGE. IF THE EVENT IS APPROVED TO CLOSE THE HARBORWALK, THE EVENT ORGANIZER MUST PLACE DETOUR SIGNS A MINIMUM OF 24 HOURS PRIOR TO CLOSURE INFORMING THE PUBLIC OF THE CLOSURE OF HARBORWALK AND OFFERING A DETOUR TO THE ROUTE. EVENT ORGANIZER <span style="color:red">*MUST*</span> SUPPLY THEIR OWN DETOUR SIGNS, AFTER SUBMITTING A DIGITAL COPY OF THE SIGN, AND SIGN LOCATION PLACEMENT FOR APPROVAL.**

| DATE RECEIVED: | | PERMIT NO: | | | |
|---|---|---|---|---|---|
| **Application Fee: $50.00** (DUE AT TIME OF APPLICATION) | | DRC DATE: | | | |
| Name of Event | | | | | |
| Applicant or Organization | | | | | |
| Event Date(s) | | | | | |
| Type:    If event is a joint venture between a not-for-profit organization and a for-profit company, the rental rates will be charged the for-profit rate.  Attach copy of non-profit status with IRS certification or copy of the State of Florida tax exemption certificate. <br> ☐ For profit   ☐ Not-for-profit  (type _____, provide IRS certification) ☐ Joint Event | | | | | |
| Name of Responsible Party | | | Title | | |
| Address | | City | | State | Zip |
| Phone #'s | | | Email address | | |
| Description of Event | | | | | |

## Florida's Harborside Hometown

**Event Location:**
Indicate all areas intending to be used. Site plan is required at the time of application submittal, including location(s) of any signage, and/or a parade/race route, as applicable. Site plan shall indicate the areas to be used for parking, location of portable toilets and trash containers/ dumpsters as well as layout of event. In addition, an accessible route site plan is required and must include all elements outlined on the ADA Checklist provided in the event manual.

| Gilchrist Park | Laishley Park | Ponce de Leon Park |
|---|---|---|
| ☐ Open Space/Event Lawn<br>☐ Gazebo<br>☐ Large Shelter ☐ Small Shelter<br>☐ Exclusive Use (Specify)<br>_____<br>☐ Other (Specify)_____ | ☐ Open Space<br>☐ Open Air Pavilion<br>☐ Gazebo<br>☐ Exclusive Use (Specify)<br>_____<br>☐ Other (Specify)_____ | ☐ Open Space<br>☐ Large Shelter<br>☐ Open Air Chapel<br>☐ Exclusive Use (Specify)<br>_____<br>☐ Other (Specify)_____ |

| Set up Time | | | Event Time | | | Clean Up Time | | |
|---|---|---|---|---|---|---|---|---|
| Date | From | To | Date | From | To | Date | From | To |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| | |
|---|---|
| Has this event been held in the Past? | ☐ No<br>☐ Yes – When_____ In attendance _____ |
| Anticipated Crowd Size for this event | _____ Peak Hours _____ |
| Will there be a charge for Parking | ☐ No ☐ Yes Will off-site parking be provided ☐ No ☐ Yes |
| Will any type of "shuttle" service from parking to entrance be provided? | ☐ No<br>☐ Yes –By whom_____<br>If yes, will the shuttle equipped for those with disabilities? ☐ No ☐ Yes |
| Will there be amplified music or entertainment? | ☐ No ☐ Yes Will any street(s) or sidewalk(s) be closed? ☐ No ☐ Yes |
| Are off-premise directional signs or other types of advertising devices being requested? | ☐ No ☐ Yes |
| Will tents or canopies be used? | ☐ No<br>☐ Yes – How Many? _____ What Size? _____ |
| Will alcoholic beverages be sold or consumed on the premises? | ☐ No<br>☐ Yes – Alcoholic Beverage Permit Holder _____ |
| Are Fireworks planned? | ☐ No ☐ Yes Does the applicant own the property where the event is to be held? ☐ No ☐ Yes |
| Will private security be provided to protect exhibits, equipment or facilities brought on-site for this event | ☐ No<br>☐ Yes – Name of Security Company _____ |
| Will food be cooked and/or catered on-site during this event? | ☐ No<br>☐ Yes – has the Health Department been contacted ☐ No ☐ Yes |
| Will temporary sanitary facilities be provided? | ☐ No<br>☐ Yes | *Portable toilets and portable hand washing facilities are REQUIRED for ANY event serving/selling food and/or beverages. (Only exception is in Laishley Park) |

*If portable toilets are provided for use by event participants, a minimum of five percent of all units, but never less than one unit, must be accessible. Where clusters of portable units are provided at various locations around the event site, five percent of the units in each cluster should be accessible. They should be equipped with all the accessible elements required by the Standards such as maneuvering space, grab bars, toilet paper dispensers within reach, etc. In addition, when all units are not accessible, the International Symbol of Accessibility must be posted on the units that are.

# Florida's Harborside Hometown

| Will disposable cardboard trash receptacles be provided? | ☐ No ☐ Yes | | |
|---|---|---|---|
| Will additional refuse containers/dumpsters be provided? (If serving food a dumpster is required) | ☐ No<br>☐ Yes – By whom? _____ | | |
| Are live animals going to be part of this event? | ☐ No ☐ Yes – Type? _____ How Many? _____ | | |

| Who is the event's designated ADA Coordinator responsible for ensuring event is accessible to those with disabilities? | Name | |
|---|---|---|
| | Phone | |
| | Email Address | |

| Will Punta Gorda Personnel be Requested? | Police<br>☐ No ☐ Yes | Fire<br>☐ No ☐ Yes | Public Works<br>☐ No ☐ Yes |
|---|---|---|---|

*Events on City Property. Please provide the City of Punta Gorda with a Certificate of Insurance for property and Liability coverage of the event, naming the City as additional insured. Combined Single Limit for Bodily Injury liability having minimum limits of $1,000,000 per occurrence and Property Damage liability as follows: **$100,000 for Ponce de Leon**; **$500,000 for Gilchrist & Laishley Park**, must be provided prior to permit approval*

| Do you have the appropriate insurance? | ☐ No ☐ N/A<br>☐ Yes | Is the City named as an additional insured? | ☐ No ☐ N/A<br>☐ Yes |
|---|---|---|---|
| Does this event require the use of Water? | ☐ No<br>☐ Yes | Does this event require the use of Electric? | ☐ No<br>☐ Yes |

*Telephone service shall be available on site of event for emergency purposes. Indicate the arrangements you have made for communications on-site during event.* List the name of contact person responsible the day(s) of event

| Name | | | Title | |
|---|---|---|---|---|
| Address | | City | | State | | Zip | |
| Phone #'s | | | Email address | |

During review by various City Departments, additional conditions may be imposed.  The permit is valid only for the time indicated on the ISSUED permit.  In the event that the applicant fails to fulfill the requirement(s) (as set forth in the permit) or fails to obtain proper authorization to proceed, if conditions have changed, including but not limited to acts of God, pandemics, natural disasters, etc., or the expected outcomes, impacts, or conditions are substantially altered, then the permit will be voided immediately by authorized City Personnel.

I, the undersigned, will indemnify, defend and hold harmless the City of Punta Gorda, its agents, employees, officers and any and all other associates, from and against any and all actions, in law or in equity, from liability or claims for damages, demands or judgments to any person or property which may result now or in the future from the conduct of this event.

The undersigned has read and voluntarily signed the release and waiver of liability and Indemnity Agreement, and further agrees that no oral representations, statements, or inducements apart from the foregoing written agreement have been made.

## NOTARIAL CERTIFICATE - ACKNOWLEDGEMENT

_____          _____
Signature                                                            Organization


_____          _____
Type or Printed Name & Title                              Date

State of Florida
County of Charlotte

The foregoing instrument was acknowledged before me by means of [  ] physical presence or [  ] online notarization

this day of _____, 20 _____, by _____, who is

personally known to me or who has produced _____ as identification.

_____
    (Signature of Notary)                                                                                          (Seal)

## Florida's Harborside Hometown

| Will disposable cardboard trash receptacles be provided? | ☐ No ☐ Yes |
|---|---|
| Will additional refuse containers/dumpsters be provided? (If serving food a dumpster is required) | ☐ No ☐ Yes – By whom? _____ |
| Are live animals going to be part of this event? | ☐ No ☐ Yes – Type? _____ How Many? _____ |

| Who is the event's designated ADA Coordinator responsible for ensuring event is accessible to those with disabilities? | Name | |
|---|---|---|
| | Phone | |
| | Email Address | |

| Will Punta Gorda Personnel be Requested? | Police ☐ No ☐ Yes | Fire ☐ No ☐ Yes | Public Works ☐ No ☐ Yes |
|---|---|---|---|

*Events on City Property. Please provide the City of Punta Gorda with a Certificate of Insurance for property and Liability coverage of the event, naming the City as additional insured. Combined Single Limit for Bodily Injury liability having minimum limits of $1,000,000 per occurrence and Property Damage liability as follows: **$100,000 for Ponce de Leon**; **$500,000 for Gilchrist & Laishley Park**, must be provided prior to permit approval*

| Do you have the appropriate insurance? | ☐ No ☐ N/A ☐ Yes | Is the City named as an additional insured? | ☐ No ☐ N/A ☐ Yes |
|---|---|---|---|
| Does this event require the use of Water? | ☐ No ☐ Yes | Does this event require the use of Electric? | ☐ No ☐ Yes |

*Telephone service shall be available on site of event for emergency purposes. Indicate the arrangements you have made for communications on-site during event.* List the name of contact person responsible the day(s) of event

| Name | | | Title | |
|---|---|---|---|---|
| Address | | City | | State | | Zip | |
| Phone #'s | | Email address | |

During review by various City Departments, additional conditions may be imposed.  The permit is valid only for the time indicated on the ISSUED permit.  In the event that the applicant fails to fulfill the requirement(s) (as set forth in the permit) or fails to obtain proper authorization to proceed, if conditions have changed, including but not limited to acts of God, pandemics, natural disasters, etc., or the expected outcomes, impacts, or conditions are substantially altered, then the permit will be voided immediately by authorized City Personnel.

I, the undersigned, will indemnify, defend and hold harmless the City of Punta Gorda, its agents, employees, officers and any and all other associates, from and against any and all actions, in law or in equity, from liability or claims for damages, demands or judgments to any person or property which may result now or in the future from the conduct of this event.

The undersigned has read and voluntarily signed the release and waiver of liability and Indemnity Agreement, and further agrees that no oral representations, statements, or inducements apart from the foregoing written agreement have been made.

### NOTARIAL CERTIFICATE - ACKNOWLEDGEMENT

_____          _____
Signature                                                        Organization

_____          _____
Type or Printed Name & Title                            Date

State of Florida
County of Charlotte

The foregoing instrument was acknowledged before me by means of [  ] physical presence or [  ] online notarization

this day of _____, 20 _____, by _____, who is

personally known to me or who has produced _____ as identification.

_____
(Signature of Notary)                                                                        (Seal)

## Florida's Harborside Hometown

## ALLEY CLOSURE

| | Category 1 (Non Profit) | Category 2 (For Profit) |
|---|---|---|
| DailyRate | $150.00 | $300.00 |
| Cleaning/DamageDeposit* | $500.00 | $500.00 |
| MaintenanceofTraffic (MOT)** | Actual Cost | Actual Cost |

*Cleaning/DamageDepositisfullyrefundableprovidednoCityservicesarerequiredtocleanthestreet aftertheeventhasconcluded.Theareawillbeinspectedthemorningaftertheeventconcludes.Ifupon inspection by City staff, the area requires additional cleaning, the event organizer will be notified and given 4 hours to complete. If not completed in the 4 hours, City staff will proceed with cleaning and the damage deposit will be forfeited.Thedamagedepositslistedareminimums.Additionaldepositsmaybe requiredifdeemednecessary byCitystaffduetothenatureoftheproposedevent.

**MOTwillbeinvoicedforactualcostsattimeofeventpermitapprovalandmustbepaidpriortothe eventdate.

Florida's Harborside Hometown



## APPENDIX B – APPLICATIONS

1. Event Permit
2. Urban Facilities
3. Request for Temporary Closing of City Streets
4. Off-Premises Sign Permit

CITY OF PUNTA GORDA

PARK RENTAL & EVENTS
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
ParkRental@CityofPuntaGordaFL.com
(941) 575-3367

## URBAN FACILITY APPLICATION

| DATE RECEIVED: | PERMIT NO: |
|---|---|

| | |
|---|---|
| Name of Event | |
| Applicant or Organization | |
| Event Date(s) | |

Type:   If event is a joint venture between a not-for-profit organization and a for-profit company, the rental rates will be charged the for-profit rate.  Attach copy of non-profit status with IRS certification or copy of the State of Florida tax exemption certificate.
☐ For profit   ☐ Not-for-profit  (type _____, provide IRS certification)  ☐ Joint Event

| Name of Responsible Party | | Title | |
|---|---|---|---|
| Address | | City | | State | | Zip | |
| Phone #'s | | Email address | | | |

| Description of Event | | Location |
|---|---|---|
| | | ☐ Government Center Plaza<br>☐ Herald Court Plaza<br>☐ Hector House Plaza<br>☐ Freeman House Open Space<br>☐ Herald Court Centre Top Deck<br>☐ Other  (Specify)_____ |

| Set up Time | | | Event Time | | | Clean Up Time | | |
|---|---|---|---|---|---|---|---|---|
| Date | From | To | Date | From | To | Date | From | To |
| | | | | | | | | |
| | | | | | | | | |

| Has this event been held in the Past? | ☐ No<br>☐ Yes – When_____ In attendance _____ |
|---|---|
| Describe traffic control, if using Herald Court Centre Top Deck, (NOTE:  Must notify public 24-hours prior to closing the top desk): | |
| Will there be amplified music or entertainment? | ☐ No<br>☐ Yes – Please provide details of type of music, time of performance, etc. |
| Will tents or canopies be used? (A separate tent permit is required through the Fire Department Office at 941-575-5529) | ☐ No<br>☐ Yes – How Many?_____What Size? _____ |

*Telephone service shall be available on site of event for emergency purposes. Indicate the arrangements you have made for communications on-site during event.*  List the name of contact person responsible the day(s) of event

## Florida's Harborside Hometown

| Name | | | |
|---|---|---|---|
| Phone #'s | | Email address | |
| Name | | | |
| Phone #'s | | Email address | |

| Are any of the following City Assistance being requested? | Electricity ☐ No ☐ Yes | Water ☐ No ☐ Yes | Other ☐ No ☐ Yes |
|---|---|---|---|

### City of Punta Gorda - WAIVER AND FACILITY PERMIT

It is hereby agreed and understood that the above facility is reserved, as specified, for the use of the above-named person and/or User.  The facility reserved is subject to inspection by any authorized representative of The City of Punta Gorda in order to assure proper use of City property.  This permit must be in the possession of the User to whom it is issued and shown upon request to any of the above-mentioned representatives.

The User assumes personal liability and responsibility for any and all costs of cleanup of the premises, loss, breakage, damage to or removal of City property and further assumes liability and responsibility for the conduct and good order of the group and its invitees and guests.

The User shall be responsible for any and all loss, damage or injury to any and all personal property that it or its agents, representatives, invitees or guests, may bring to, store at, or leave at the Facility, and shall indemnify and hold harmless The City of Punta Gorda and any department, agent, official and/or employee thereof for any personal injury incurred during, or as a result of such use.  The User further agrees to abide by all procedures, policies, and rules governing use of the above-mentioned facility.

### NOTARIAL CERTIFICATE - ACKNOWLEDGEMENT

_____          _____
Signature                                              Organization

_____          _____
Type or Printed Name & Title                     Date

State of Florida
County of Charlotte

The foregoing instrument was acknowledged before me by means of [  ] physical presence or [  ] online notarization

this day of _____, 20 _____, by _____, who is

personally known to me or who has produced _____ as identification.

_____
(Signature of Notary)                                              (Seal)

| FOR OFFICE USE ONLY | | | | | |
|---|---|---|---|---|---|
| Rental Fee | $ | Date: | | Cash | Check (number) |
| DRC Approval? | | Yes     No | DRC Date | | Permit # |
| City Council Approval? | | Yes     No | City Council Date | | SAC # |
| City Approval | | | | Date Approved | |

CC: City Police Department, Code Compliance, City Manager's Office, Urban Design, Fire Department, Building Department, Parks& Grounds

## Florida's Harborside Hometown



## Punta Gorda

CITY OF PUNTA GORDA

ZONING & CODE COMPLIANCE
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
(941) 575-3352
Zoning@CityofPuntaGordaFL.com

# REQUEST FOR TEMPORARY CLOSING OF CITY STREETS

| ***Request for Temporary Closing Form MUST be submitted to the Punta Gorda Public Works Department a minimum of sixty (60) days prior to the event*** | DATE RECEIVED: |
|---|---|

| Name of Event | |
|---|---|
| Applicant or Organization | |

| Address | | City | | State | | Zip | |
|---|---|---|---|---|---|---|---|

| Phone #'s | | Email address | |
|---|---|---|---|

| Description of Event | |
|---|---|

| Date of Event | | | Time of Event | | |
|---|---|---|---|---|---|
| To | | From | Begin | | End |

| Has this event been held in the Past? | ☐ No    Yes – When_____ |
|---|---|

| Proposed Road(s) to Close (Specific Locations – Include Map) | |
|---|---|
| Proposed Detour Route (Include alternative road and map) | |
| Additional Notes & Comments **Include ADA accessible route** | |

_____     _____     _____
Signature                                              Printed Name                                        Date

## Office Use Only

Punta Gorda Police
         Approved         Disapproved        Comment:        _____

Signature    ☐                Type or Printed Name & Title                Date

Punta Gorda Fire
         Approved         Disapproved        Comment:

Signature    ☐                Type or Printed Name & Title                Date

Punta Gorda Public Works / Engineering
         Approved         Disapproved        Comment:

Signature                       Type or Printed Name & Title                Date

## Florida's Harborside Hometown



CITY OF PUNTA GORDA

ZONING & CODE COMPLIANCE
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
(941) 575-3352
Zoning@CityofPuntaGordaFL.com

## OFF PREMISES SIGN PERMIT APPLICATION

| DATE RECEIVED: | PERMIT NO: |
|---|---|
| **Application Fee: $25.00** (DUE AT TIME OF APPLICATION) | DRC DATE: |

| Event Name | | Event Date(s) | |
|---|---|---|---|
| Name of Requestor | | Title | |
| Address | | City | | State | | Zip | |
| Phone #'s | | Email address | |
| Total number of signs being requested | | Dimension of Signs | _____ x _____ |
| What Map Location will be used? | ☐ Map #1    ☐ Map #2    ☐ Map #3    ☐ Map #4 |
| Date(s) signs are requested | |
| Description of Event | |

**Event Location:**
Indicate all areas intending to be used.  Site plan is required at the time of application submittal, including location(s) of any signage, and/or a parade/race route, as applicable.  Site plan shall indicate the areas to be used for parking, location of portable toilets and trash containers/ dumpsters as well as layout of event

| Gilchrist Park | Laishley Park | Ponce de Leon Park |
|---|---|---|
| ☐ Open Space/Event Lawn<br>☐ Gazebo<br>☐ Large Shelter ☐ Small Shelter<br>☐ Exclusive Use (Specify)<br>_____<br>☐ Other  (Specify)_____ | ☐ Open Space<br>☐ Open Air Pavilion<br>☐ Gazebo<br>☐ Exclusive Use (Specify)<br>_____<br>☐ Other  (Specify)_____ | ☐ Open Space<br>☐ Large Shelter Open Air<br>☐ Chapel Exclusive Use<br>☐ (Specify)<br>_____<br>☐ Other  (Specify)_____ |

| Set up Time | | |
|---|---|---|
| Date | From | To |
| | | |
| | | |
| | | |

## Florida's Harborside Hometown

Off Premises Sign Permit - Page **2** of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| *Telephone service shall be available on site of event for emergency purposes. Indicate the arrangements you have made for communications on-site during event.* List the name of contact person responsible the day(s) of event | | | | | | |

| Name | | | | Title | | |
|---|---|---|---|---|---|---|
| Address | | City | | State | | Zip |
| Phone #'s | | | Email address | | | |

During review by various City Departments, additional conditions may be imposed. The permit is valid only for the time indicated on the ISSUED permit. In the event that the applicant fails to fulfill the requirement(s) (as set forth in the permit) or fails to obtain proper authorization to proceed, if conditions have changed, or the expected outcomes, impacts, or conditions are substantially altered, then the permit will be voided immediately by authorized City Personnel.

I, the undersigned, will indemnify, defend and hold harmless the City of Punta Gorda, its agents, employees, officers and any and all other associates, from and against any and all actions, in law or in equity, from liability or claims for damages, demands or judgments to any person or property which may result now or in the future from the conduct of this event.

The undersigned has read and voluntarily signed the release and waiver of liability and Indemnity Agreement, and further agrees that no oral representations, statements, or inducements apart from the foregoing written agreement have been made.

**NOTARIAL CERTIFICATE - ACKNOWLEDGEMENT**

_____     _____
Signature                                Organization

_____     _____
Type or Printed Name & Title             Date

State of Florida
County of Charlotte

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization

this day of _____, 20 _____, by _____, who is

personally known to me or who has produced _____ as identification.

_____
(Signature of Notary)                              (Seal)

**Florida's Harborside Hometown**

Punta Gorda

## APPENDIX C – CONTRACTS & SERVICE REQUEST

1. Laishley Park Rental Contract
2. Special Event Safety Checklist
3. Off Duty Fire Contract
4. Off Duty Police Contract
5. Facilities Maintenance Service Request
6. Public Works / ROW Service Request
7. Americans With Disabilities Checklist



CITY OF PUNTA GORDA

ZONING & CODE COMPLIANCE
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
(941) 575-3352
Zoning@CityofPuntaGordaFL.com

## LAISHLEY PARK RENTAL CONTRACT

Levels of sound, music, and noise produced at the authorized event shall not exceed levels which are unreasonably loud, raucous, jarring, or disturbing, to a reasonable person of ordinary sensibilities as determined by City of Punta Gorda law enforcement officers. If at any time a City of Punta Gorda law enforcement officer determines that this standard has been violated, said officer shall have the authority to require the Event Organizer, or any agent thereof, to take all necessary and appropriate actions to prevent further violations of this standard. If, the Event Organizer, or any agent thereof, fails to obey the orders of the law enforcement officer, Event Organizer will be required to present any future events to City Council for review prior to approval.

The event organizer has been informed that all events at Laishley Park, including nonmusical events, must be completely closed by 10:00 pm. If any event wishes to continue past 10:00 pm, Special Council Approval is required.

The event organizer has been informed that either snow fencing or sufficient ribbon and stakes must be placed along both sides of the entrance to Harborwalk Condominiums by the event organizer or his/her designee, a minimum of 24-hours prior to the event to prevent vehicles from parking in that area.

**EVENTS REQUESTING TO CLOSE THE HARBORWALK FOR AN EVENT, <u>REQUIRE SPECIAL COUNCIL APPROVAL</u> UNLESS OTHERWISE AUTHORIZED AND LISTED IN THE EVENT APPLICATION PACKAGE. IF THE EVENT IS APPROVED TO CLOSE THE HARBORWALK, THE EVENT ORGANIZER MUST PLACE DETOUR SIGNS A MINIMUM OF 24 HOURS PRIOR TO CLOSURE INFORMING THE PUBLIC OF THE CLOSURE OF HARBORWALK AND OFFERING A DETOUR TO THE ROUTE. EVENT ORGANIZER *MUST* SUPPLY THEIR OWN DETOUR SIGNS, AFTER SUBMITTING A DIGITAL COPY OF THE SIGN, AND SIGN LOCATION PLACEMENT FOR APPROVAL.**

| Name | | | | Title | | | |
|------|------|------|------|-------|------|------|------|
| Address | | | City | State | | Zip | |
| Phone #'s | | | Email address | | | | |
| Event Name | | Event Date | | Event Time | _____ to _____ | | |

| NOTARIAL CERTIFICATE – ACKNOWLEDGEMENT |
|---|
| I, the undersigned, being first duly sworn, testify and say that I hereby agree to all conditions and regulation set forth in the event manual, application and contract as adopted by City Council. |

Signature of Owner or Authorized Agent          Print Name _____          Date _____

State of Florida
County of Charlotte

The foregoing instrument was acknowledged before me by means of [  ] physical presence or [  ] online notarization

this day of _____, 20 _____, by _____, who is

personally known to me or who has produced _____ as identification.


___ (Signature of Notary) _____          (Seal)

## Florida's Harborside Hometown





CITY OF PUNTA GORDA

FIRE DEPARTMENT
1410 TAMIAMI TRAIL
PUNTA GORDA, FL 33950
(941) 575-5529
CityofPuntaGordaFL.com

## SPECIAL EVENT SAFETY CHECKLIST

Attention Event Permit Applicants & Participants:

The following fire safety requirements shall apply to all special events in the City of Punta Gorda.

✓ All tents and canopies under which any type of cooking or warming of food items is conducted will be required to have a fire retardant certification on the canvas or be separated from other structures and tents by 10' (foot) spacing. Permits may be required contact the Fire Marshal for details.
✓ Use of electrical or gas powered equipment will be required to have a fire retardant certification on the canvas or be separated from other structures and tents by 10' (foot) spacing. Permits may be required contact the Fire Marshal for details.
✓ All vendors with electrical power, cooking or food warming and any flammable hazards will be required to have a State certified (state tagged) portable fire extinguisher mounted within the vendor area. All fire extinguishers will be a minimum size of 5 pounds, ABC type.
✓ All vendors cooking with oils or grease type products will need to have absorbent material for any spills (i.e., sand or kitty litter).
✓ Any cooking equipment shall be in good operational condition (LP tanks, hoses, generators, grills and electrical appliances).  All appliances shall be properly secured and out of egress pathways.
✓ Gasoline containers shall be approved types and shall not be stored under tents or in egress pathways.
✓ LP tanks shall be properly secured from any falling or tipping hazards and kept clear of egress pathways.
✓ Extension cords shall be heavy duty outdoor use type. Cords shall not be spliced together or tied in knots. Extension cords shall be kept clear of standing water and where they pass through pedestrian areas shall be secured, as to not cause trip hazards.



Jennifer J. Molnar,
Fire Marshal, PGFD

Event coordinator shall provide a signed copy of this document to the Fire Department in acknowledgement and full understanding of the above stated fire safety requirements that all event participants must abide by

**All VENDORS MUST ACKNOWLEDGE RECEIPT IN ORDER TO PARTICIPATE IN A CITY EVENT**

| *By signing this form the event coordinator insures that all participants/vendors of the event have received a copy of these listed requirements and clearly understands each applicable requirement listed.* | | | | | | |
|---|---|---|---|---|---|---|
| Name | | | Title | | | |
| Address | | City | | State | | Zip |
| Phone #'s | | | Email address | | | |
| Event Name | | Event Date | | Event Time | _____ to _____ | |

_____                _____
Signature                                        Organization

_____                _____
Type or Printed Name & Title                     Date

.



**CITY OF PUNTA GORDA**

PUNTA GORDA FIRE DEPARTMENT
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
(941) 575-5549
CityofPuntaGordaFL.com

## OFF DUTY VENDOR CONTRACT – FIRE DEPARTMENT

| PERMITTEE | | | | | | |
|---|---|---|---|---|---|---|
| Event Name | | | Organization | | | |
| Name of Permittee/Vendor | | | | Title | | |
| Address | | City | | State | | Zip | |
| Phone #'s | | | | Email address | | |

| DATE(S) SERVICE IS NEEDED | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hours | From: _____  ☐ AM    ☐ PM | | | TO: _____  ☐ AM    ☐ PM | | | |
| Number of Fire Department personnel being requested | | | | | | | |

**ALL FEES WILL BE PAID PER THE CURRENT CITY'S CALCULATED RATE FOR THE CITY EMPLOYEE AT THE TIME OF THE EVENT. PLEASE CONTACT EACH DEPARTMENT FOR THE CURRENT CITY'S CALCULATED RATE.**
PAYMENTS WILL BE MADE IN ADVANCE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE. IF OTHER ARRANGEMENTS HAVE NOT BEEN MADE, PAYMENT MUST BE RECEIVED 10 DAYS PRIOR TO THE EVENT DATE. FAILURE TO DO SO WILL RESULT IN PERMIT/DETAIL BEING CANCELLED. TWO (2) HOUR MINIMUM.

| Description of service to be provided | |
|---|---|
| Report to | |

I, _____ as authorized representative

of _____ (hereafter "Permittee") hereby acknowledge that I have read and

understand the attached "Conditions of Permit" and that Permittee will abide by and be subject to these condition in all

respects if a permit is issued at a result of this application. In addition, that Punta Gorda Fire Department and its

member will not be held liable for damages or injuries by Permittee that may be caused be a third party in connection

with services provided under this permit.


Signature Authorized Representative of Vendor          Date
_____          _____

The above application for permit is hereby granted, and above application together with the attached "Conditions of Permit are hereby adopted, by reference, and are made part of and constitute terms and conditions of this permit.

Expiration date of this permit                    Pre-Payment Waive          Yes          No


Signature City Representative                    Date                    Permit Number

**ALL PERMITS MUST BE OBTAINED 10 DAYS PRIOR TO THE EVENT DATE**

## Florida's Harborside Hometown



## Off Duty Vendor Contract

## CONDITIONS OF PERMIT

### Extra-Duty Special Detail Standby Fire Department Related Services

The following are general conditions regarding standby Fire Department related services:

1.  If you require assistance with a scheduled detail after normal administrative hours (M-F 7:30am-4:30pm), contact must be made with the Fire Marshal or Fire Chief by calling 941-575-5529.
2.  Any Member who is engaged in any extra-duty employment is subject to On-Duty status (call-out) at any time.
3.  Extra-Duty employment shall be suspended any time a conflict is found to exist, the employment interested with the member's primary duties as a firefighter/EMT/Paramedic, is in violation of State or Federal law or Office policy.
4.  The rate charged an employer/vendor for extra-duty Fire and EMS related services shall be standardized hourly rate established by the City of Punta Gorda which shall include compensation of personnel, any applicable employment taxes, and any administrative costs to administer the special detail.
5.  Payment for any services directly to the member is strictly prohibited. The City of Punta Gorda will be responsible for collecting such payment and making disbursement to the member.
6.  Extra Duty/special detail services shall be performed within the boundaries and jurisdiction of City of Punta Gorda public safety services.
7.  The person/vendor requesting the extra-duty Fire/EMS service will make payment in ADVANCE of the service being performed. Payment will be made to the City of Punta Gorda Fire Department and will accompany the application/contract for request of services.
8.  Cancellations of services by the Permittee (person/vendor requesting service) MUST be made at least 48 hours in advance. Failure to do so will result in the City of Punta Gorda Fire Department billing permittee/vendor for two (2) hours minimum for administrative cost.
9.  If the employment has been authorized as provided in this policy, liability and Worker's Compensation Insurance Coverage provided by the Fire Department will be in effect if the off-duty firefighter sustains an injury while the member is performing extra-duty fire/ems related employment. Any injuries sustained which are NOT incurred as a result of a fire/ems action, will be the responsibility of the employer/vendor requesting extra-duty fire/ems related employment to includeworkerscompensation.
10. All permits must be obtained 10 days in advance. In emergent situations exceptions may be made by the program administrator/Fire Chief.

I have read, understand and agree to the above listed conditions.

_____     _____

Signature of Permitee/Vendor/Employer Requesting Extra Duty Detail          Date

## Florida's Harborside Hometown

CITY OF PUNTA GORDA

POLICE DEPARTMENT
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
(941) 575-5533
CityofPuntaGordaFL.com

## OFF DUTY VENDOR CONTRACT – POLICE DEPARTMENT

| PERMITTEE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Event Name | | | Organization | | | | |
| Name of Permittee/Vendor | | | Title | | | | |
| Address | | City | | State | | Zip | |
| Phone #'s | | | | Email address | | | |

| DATE(S) SERVICE IS NEEDED | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hours | From: _____ ☐ AM    ☐ PM | | | TO: _____ ☐ AM    ☐ PM | | | |

| Numberofofficersrequested | | Per hour for Officer (two hour minimum) | | TotalCharge |
|---|---|---|---|---|
| | X | | = | $ |

**ALL FEES WILL BE PAID PER THE CURRENT CITY'S CALCULATED RATE FOR THE CITY EMPLOYEE AT THE TIME OF THE EVENT. PLEASE CONTACT EACH DEPARTMENT FOR THE CURRENT CITY'S CALCULATED RATE.**

PAYMENTS WILL BE MADE WITHIN TEN (10) DAYS OF THE EVENT UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE.  IF THE PERMITTEE/VENDOR CANCELS THE DETAIL ON THE DAY OF THE EVENT, A THREE (3) HOUR MINIMUM PER OFFICER WILL BE CHARGED.

| Description of service to be provided | |
|---|---|
| Report to | |

I, _____ as authorized representative

of _____(hereafter "Permittee") hereby acknowledge that I have read and

understand the attached "Conditions of Permit" and that Permittee will abide by and be subject to these condition in

all respects if a permit is issued at a result of this application. In addition, that Punta Gorda Police Department and its

member will not be held liable for damages or injuries by Permittee that may be caused be a third party in connection

with services provided under this permit.

Signature Authorized Representative of Vendor          Date

The above application for permit is hereby granted, and above application together with the attached "Conditions of Permit are hereby adopted, by reference, and are made part of and constitute terms and conditions of this permit. Expiration date of this permit

Signature City Representative          Date          Permit Number

**ALL PERMITS MUST BE OBTAINED 10 DAYS PRIOR TO THE EVENT DATE**

## Florida's Harborside Hometown



The following are general conditions that the person/business requesting Extra-Duty Law Enforcement/Security:

1.  If you require assistance with a scheduled detail after normal administrative hours (M-F 8:00am-4:30pm), contact must be made with the Operations Captain on duty by calling 941-575-5533.
2.  Extra-Duty employment shall be suspended any time a conflict is found to exist, the employment interested with the member's primary duties as a law enforcement officer, is in violation of State or Federal law or Office policy.
3.  The rate charged an employer for extra-duty law enforcement security related services shall be standardized hourly rate established by the City of Punta Gorda Police Department which shall include compensation of personnel, any applicable employment taxes, and any administrative costs to administer the program.
4.  Payment for any services directly to the member is strictly prohibited. The City of Punta Gorda Police Department will be responsible for collecting such payment and making disbursement to the member.
5.  Extra Duty law enforcement services shall be performed within the boundaries and jurisdiction of Punta Gorda.
6.  The person/business making the request for Extra-Duty law enforcement services, may request a particular member to work the detail, however the City of Punta Gorda Police Department has final selection of all members who work extra-duty law enforcement details.
7.  If no particular member is requesting to work the Extra-Duty law enforcement detail, the City of Punta Gorda Police Department reserves the right to forward the contract to the Charlotte County Sheriff's Office and the person/business holding the event will be billed at the Charlotte County Sheriff's Office current billing rate.
8.  The person/business requesting the extra-duty law enforcement service will make payment within ten (10) days of the service being performed. Payment will be made to the City of Punta Gorda Police Department and will accompany the application for request of services.
9.  Cancellations of service by the Permittee (person/business requesting service) <u>MUST</u> be made during normal business hours (Monday through Friday 7:30 a.m. to 4:00 p.m.) at least 2 full business days before the scheduled event. No cancellations will be accepted on weekends, holidays, or after 4:00 p.m. Notification of cancellations must be made via email to: <u>nnahra@cityofpuntagordafl.com</u> and <u>jdavoult@cityofpuntagordafl.com</u>.  For the unforeseen issues after normal business hours, call our Communications Center at 941-639-4111.  Failure to do so will result in the City of Punta Gorda Police Department billing permittee for three (3) hours minimum for administrative cost.
10. If the employment has been sanctioned and authorized as provided in this policy, liability and Worker's Compensation Insurance Coverage provided by the Police Department will be in effect if the off-duty officer sustains an injury while enforcing the criminal, traffic or penal law of the State or City ordinances while the member is performing extra-duty law enforcement/security related employment.
11. All permits must be obtained 10 days in advance. In emergency situations, exceptions may be made by the program administrator.

I have read, understand and agree to the above listed conditions.

Florida's Harborside Hometown



# PUNTA GORDA POLICE DEPARTMENT



*A State Accredited Excelsior Law Enforcement Agency*

December 4, 2024

To: Extra Duty Police Officer Hiring Entities

Based on the Collective Bargaining Agreement, there have been changes made to the Punta Gorda Police Department's Extra Duty Police Officer hiring program. These changes will be effective December 4, 2024. This will include a rate increase to hire off duty police officers. Below is a list of the changes.

**Revised rates:**

Regular Security Events:                    **$70 per hour** (three hour minimum)

Regular Security Events Supervisor*          **$80 per hour** (three hour minimum)

*Supervisor is required when five or more officers are requested or required for an event

Traffic Control Details where primary responsibility is to cross pedestrians or direct vehicles:                    **$78 per hour** (three hour minimum)

Holiday/Last Minute Details (details not providing three full business days notice):                    **$89 per hour** (three hour minimum)

Holidays include:   New Year's Eve        New Year's Day        Martin Luther King Day
                    President's Day       Easter Sunday         Memorial Day
                    Independence Day      Labor Day             Veterans Day
                    Thanksgiving Day      Black Friday (Day after Thanksgiving)
                    Christmas Eve         Christmas Day

**Cancellation of service:** must be made during normal business hours (Monday through Friday 7:30 a.m. to 4:00 p.m.) at least two full business days before the scheduled event. No cancellations will be accepted on weekends, holidays, or after 4:00 p.m. Notification of cancellations must be made via email to: nnahra@cityofpuntagordafl.com and jdavoult@cityofpuntagordafl.com. For unforeseen issues after normal business hours, call our Communications Center at 941-639-4111.

_____    _____

Signature of Permitee/Vendor/Employer Requesting Extra Duty Detail    Date

Florida's Harborside Hometown

Florida's Harborside Hometown



**CITY OF PUNTA GORDA**

FACILITIES MAINTENANCE
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
Facilities Supervisor(941) 575-5041
CityofPuntaGordaFL.com

## FACILITIES MAINTENANCE DIVISION VENDOR CONTRACT

| **PERMITTEE** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Event Name | | | Organization | | | | |
| Name of Requestor/Applicant | | | Title | | | | |
| Address | | City | | State | | Zip | |
| Phone #'s | | | | Email address | | | |

| **DATE(S) SERVICE IS NEEDED** | | | | | | |
|---|---|---|---|---|---|---|
| Hours | From: _____ ❑ AM ❑ PM | | | TO: _____ ❑ AM ❑ PM | | |

PERMITTEE REQUIRED TO CONTACT FACILITIES A *MINIMUM* OF 2 WEEKS PRIOR TO DISCUSS SERVICES NEEDED FOR WATER & ELECTRICITY AND IN WHAT AREAS/LOCATION.

| Water | Describe Need | |
|---|---|---|
| | Area/Location | |
| Electricity | Describe Need | |
| | Area/Location | |

FACILITIES MAINTENANCE DIVISION WILL MEET WITH EVENT PERMITTEE 24-48 HOURS PRIOR TO THE EVENT TO TRANSFER KEYS, CODES AND COMBINATIONS FOR UTILITES ACCESS. FAILURE TO DO SO MAY RESULT IN A MINIMUM OF TWO (2) HOURS OVERTIME CHARGE OF $50.00 PER HOUR

I, _____ as authorized representative

Of _____(hereafter "Permittee") hereby acknowledge that I have read and

understand the attached "Conditions of Permit" and that Permittee will abide by and be subject to these conditions in

all respects if a permit is issued at a result of this application. In addition, that Punta Gorda Facilities Maintenance

Division and its employees will not be held liable for damages or injuries by Permittee that may be caused be a third

party in connection with services provided under this permit.

_____       _____
Signature Authorized Representative                                Date

## Florida's Harborside Hometown



**Off Duty Vendor Contract**

**CONDITIONS OF PERMIT Facilities**

**Division Related Services**

The following are general conditions regarding Facilities Division related services:

1. It is the applicant's responsibility to contact the Facilities Maintenance Division a *minimum* of 2 weeks (10 business days) prior to the event to discuss water & electric needs and service availability.
2. Facilities Maintenance Division will meet with the applicant 24-48 hours prior to the event, during normal business hours (M-F 7:00am-3:30pm), to transfer keys, codes, and utility access to the applicant.
3. If City restroom facilities are being used, it is the responsibility of the applicant clean and restock all paper products – Facilities Maintenance will provide the necessary supplies.
4. It is the applicant's responsibility to remove all trash related to the event.
5. It is the applicant's responsibility to return any keys to Facilities Maintenance Division within 24 hours after the event.
   a. Failure to return key(s) within 24 hours may result in a forfeiture of a portion of the damage deposit
   b. If key(s) are lost or damaged the applicant will be required to pay a replacement fee of $50.00
6. If you require assistance from a Facilities Employee after normal business hours (M-F 7:00am-3:30pm), contact must be made with the after-hours employee by calling 941-637-3299.
7. Facilities Employee(s) will, with-in reason, after being contacted, be onsite to restore/repair utilities/services.
8. Any employee called out to restore/repair utilities/services due to damage (not normal wear and tear) shall charge the rental/event permittee for time dispatched until the employees' returns.
9. The City of Punta Gorda Facilities Division has final selection of all employees who work extra-duty details.
10. Cancellation of services by the Permittee (person/event requesting service) <u>MUST</u> be made at least 48 hours in advance. Failure to do so will result in the City of Punta Gorda Facilities Department billing permittee for two (2) hours minimum for administrative cost.

I have read, understand and agree to the above listed conditions.

_____     _____

Signature of Public or Private Permittee                         Date

## Florida's Harborside Hometown



**CITY OF PUNTA GORDA**

RIGHT-OF-WAY DIVISION
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
(941) 575-5010
CityofPuntaGordaFL.com

## PUBLIC WORKS DEPARTMENT VENDOR CONTRACT

| PERMITTEE | | | | | | |
|---|---|---|---|---|---|---|
| Event Name | | Organization | | | | |
| Name of Requestor/Applicant | | Title | | | | |
| Address | | City | | State | | Zip | |
| Phone #'s | | | Email address | | | |
| **STREET/SIDEWALK CLOSURE** | | | | | | |
| **Event date** | | | | | | |
| Event Hours | From: _____ ❑ AM ❑ PM | TO: _____ ❑ AM ❑ PM | | | | |

EVENT PERMITTEE MUST CONTACT PUBLIC WORKS PERSONNEL 5 DAYS PRIOR TO THE EVENT TO CONFIRM EVENT DETAILS FOR MAINTENANCE OF TRAFFIC (MOT). FAILURE TO DO SO MAY RESULT IN A MINIMUM OF A $250.00 EQUIPMENT RENTAL FEE.

I, _____ as authorized representative

Of _____(hereafter "Permittee") hereby acknowledge that I have read and understand the attached "Conditions of Permit" and that Permittee will abide by and be subject to these conditions in all respects if a permit is issued at a result of this application. In addition, that Punta Gorda Facilities Maintenance Division and its employees will not be held liable for damages or injuries by Permittee that may be caused be a third party in connection with services provided under this permit.

_____          _____
Signature Authorized Representative                    Date

## Florida's Harborside Hometown



**Off Duty Vendor Contract**

**CONDITIONS OF PERMIT**

**PUBLIC WORKS DEPARTMENT**

**Right-of-Way Division Personnel**

The following are general conditions regarding Right-of-Way Division related services:

1. Applicant must complete and submit the Street Closure application with the event permit application a minimum of 60 days prior to the event date.
2. It is the applicant's responsibility to contact the Right-of-Way Division a minimum of 60 days prior to the event to discuss Maintenance of Traffic needs.
3. FDOT permit may be required.
4. The City of Punta Gorda Right-of-Way Division has final selection of all employees who work extra-duty details.
5. If a Maintenance of Traffic plan is provided by the City of Punta Gorda Right-of-Way Division, additional charges **_may_** apply.
6. Contractual services for Public Works personnel for MOT does NOT include any required Police or Fire personnel. Those services will include a separate contract for each department.
7. Payment is due within ten (10) days after the event date. Failure to submit payment within the ten (10) days, future event requests may be denied and could result in a legal collections process.
8. Cancelation of services by the Permittee (person/event requesting service) <u>MUST</u> be made at least five (5) days in advance. Failure to do so will result in the City of Punta Gorda Public Works Department billing permittee a $250.00 equipment rental fee.

I have read, understand and agree to the above listed conditions.

_____          _____

Signature of Permitee/Vendor/Employer Requesting Extra Duty Detail          Date

## Florida's Harborside Hometown



CITY OF PUNTA GORDA

ZONING & CODE COMPLIANCE
326 WEST MARION AVENUE
PUNTA GORDA, FL 33950
(941) 575-3352
PGcode@CityofPuntaGordaFL.com

## AMERICANS WITH DISABILITIES CHECKLIST

Attention Event Permit Applicants & Participants:

The following Americans with Disabilities Act (ADA) checklist requirements shall apply to all special events permitted by the City of Punta Gorda:

✓ All vendors have the name of the event's designated ADA Coordinator and procedures to handle requests for accommodations.

✓ An accessible route from site arrival points and an accessible entrance have been provided.

- o As much as possible, the accessible route should be the same route used by other participants.
- o Once a route has been mapped out, it must be identified with signs if it deviates from paths used by the general public. (Be at least 36 inches wide)
- o All vendors have received the event layout outlining the accessible route and are aware that it MUST be maintained at all times.

✓ The layout of the event should allow people with disabilities to attain goods and services and participate in activities without assistant.

- o Front-line staff at information and ticketing areas must have a thorough knowledge of accessible features and services offered by the event and a general sensitivity to disability issues.

✓ The entrance gate, main desk, or information booth must be accessible in the design and location of the space and in the information provided.

✓ Vendors MUST modify policies and procedures to ensure they do not discriminate against persons with disabilities.   Vendors may:

- o be required to leave their booths briefly to assist someone with limited hand dexterity in reaching their money, or need to take items from an inaccessible area to an interested individual in order to allow the individual to evaluate and select merchandise or to participate in an activity offered.

✓ If there is a "no pet" policy it MUST be modified to allow service animals to assist persons with disabilities in performing one or more tasks related.

✓ If portable toilets are provided for use by event participants, a minimum of five percent of all units, but never less than one unit, must be accessible.

✓ Signage is needed to direct the public to the location of accessible parking spaces, passenger drop-off points and transit stops and accessible entrances and gates. Signs should include the international symbol of accessibility, use easy-to-read typefaces, and be large enough to be read from a distance.

✓ Accessible parking spaces must be level and adjoin an accessible route to entrances. Accessible parking spaces should be placed as close as possible to the accessible entrance served by the parking area to minimize the need for a person with a disability to travel long distances to merely arrive at the entrance.

## Florida's Harborside Hometown

    o  If temporary parking lots, grass fields or dirt lots, etc. are going to be used as temporary parking areas, accessible spaces must be created and held in reserve for people with disabilities.

✓  If shuttles or other modes of transportation are made available at the event, the mode of transportation MUST also be available to those with disabilities.

✓  If the event provides seating, viewing, or assembly areas a designated section should be made available for those with disabilities.

Event organizer & ADA Coordinator shall provide a signed copy of this document to the Urban Design Division in acknowledgement and full understanding of the above stated ADA requirements that all event organizers must abide by.

For more information on planning for making temporary events accessible to people with disabilities visit https://adata.org/publication/temporary-events-guide

| Event Name | | Organization | |
|---|---|---|---|
| Event Date(s) | | Event Time(s) | |

| Name of Requestor/Applicant | | Designated ADA Coordinator | |
|---|---|---|---|
| Name | | Name | |
| Title | | Title | |
| Phone # | | Phone # | |
| Email | | Email | |
| Address | | Address | |

I, _____ as authorized representative hereby acknowledge that I have read and understand the attached "Conditions of Permit" and that Permittee will abide by and be subject to these conditions in all respects if a permit is issued at a result of this application. In addition, ***by signing this form the event coordinator & ADA coordinator insures that all participants/vendors of the event have received a copy of ADA requirements and clearly understands each applicable requirement listed above.***

_____      _____
Signature Authorized Representative                    Date

## Florida's Harborside Hometown



## APPENDIX D - MAPS

1. Park Layouts
2. Parade Route
3. Walk / Run Route
4. Other



# GILCHRIST PARK SITE PLAN



**Florida's Harborside Hometown**



## LAISHLEY PARK SITE PLAN



# Florida's Harborside Hometown



## PONCE DE LEON PARK SITE PLAN



## Florida's Harborside Hometown





# City of Punta Gorda    Laishley Park 5k Route



Location Map

### Legend



——— 5K Route

Note: Two laps equals 5 kilometers

0  0.025  0.05                0.1 Miles



## APPENDIX E – PARK INFORMATION

1. Gilchrist Park
2. Laishley Park
3. Ponce de Leon Park
4. Hector house plaza
5. Government Center
6. Herald Court Centre

## Punta Gorda

# GILCHRIST PARK

## 400 Retta Esplanade - Punta Gorda, FL  33950

Located in historic Punta Gorda, Gilchrist Park contains 11 acres stretched along the waterfront between the downtown and Fishermen's Village.

Gilchrist Park provides sweeping views of the Charlotte Harbor.  Park amenities include a large playground; basketball, tennis and pickleball courts; fishing pier, gazebo, picnic pavilions, and lost of open green space.

Smaller events including weddings, craft shows and impromptu concerts known as Guitar Army every Tuesday and Thursday evening are held in the park as well.

## Florida's Harborside Hometown

# Fee Schedule

## GILCHRIST PARK

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Gazebo | $20.00 per hour | $30.00 per hour | $50.00 |
| Gazebo & Plaza | $40.00 per hour | $60.00 per hour | $75.00 |
| Large Pavilion | $20.00 per hour | $30.00 per hour | $75.00 |
| Small Pavilion #1 | $10.00 per hour | $20.00 per hour | $50.00 |
| Open Space (up to 100) | $20.00 per hour | $30.00 per hour | $100.00 |
| Open Space (101 to 500) | $35.00 per hour | $45.00 per hour | $150.00 |

*Notes: Small Pavilion #2 and Playground Pavilion #2 are reserved for first come, first served use only. Playground area is not available for rent. Per City Council direction, closure of the Punta Gorda Pathways harborwalk at this park is not permitted for any reason.*

## GILCHRIST PARK MULTI-DAY EVENT

| | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Set-up Per day | $150.00 | $150.00 | N/A |
| Clean-up per day | $150.00 | $150.00 | N/A |
| Event per day – Open Space | $300.00 | $500.00 | $500.00 |
| Event per day – Exclusive Use* | $500.00 | $750.00 | $500.00 |

*\*Includes Open Space, Gazebo, Plaza, and Pavilions. Per City Council direction, closure of the Punta Gorda Pathways harborwalk at this park is not permitted for any reason.*

## DISCOUNTED RATES

| Location | 501c3 Nonprofit Only | Active Military | Damage Deposit |
|---|---|---|---|
| All Facilities | $100.00 per day | Waiver of up to $150.00 | As stated per facility |

## Florida's Harborside Hometown

## Park Site Plan



## Gazebo

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Gazebo | **$20.00 per hour** | **$30.00 per hour** | $50.00 |



## Gazebo & Plaza

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Gazebo & Plaza | $40.00 per hour | $60.00 per hour | $75.00 |



## Florida's Harborside Hometown

## Large Pavilion

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Large Pavilion | $20.00 per hour | $30.00 per hour | $75.00 |





## Florida's Harborside Hometown

## Small Pavilion #1

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Small Pavilion #1 | $10.00 per hour | $20.00 per hour | $50.00 |



## Florida's Harborside Hometown

## Open Space

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Open Space (up to 100) | $20.00 per hour | $30.00 per hour | $100.00 |
| Open Space (101 to 500) | $35.00 per hour | $45.00 per hour | $150.00 |



## Florida's Harborside Hometown

# LAISHLEY PARK

## 100 E. Retta Esplanade - Punta Gorda, FL  33950

Laishley Park is a pet friendly park that contains seventeen (17) acres with amenities that include a 400 foot fishing pier, parking facilities, interactive fountain, concert area & event lawn, Veterans Memorial Garden, and walking paths along Punta Gorda Pathways - Harborwalk.  Waterfront restaurant and retail services are also available in the park at the Laishley Crab House Centre.

Laishley Marina, located in Laishley Park is a 94 slip marina providing direct access to Charlotte Harbor, the second largest harbor in the State of Florida, offering premier fishing & access to the Gulf of Mexico thru Boca Grande Pass.  With a public boat ramp, pump out facilities, mooring field, and day dock the marina offers a plethora of boating services.  The marina building contains the harbormaster office (link to harbormaster/marina page); retail ship store; day room with shower and laundry facilities; and a community room which is available for rental.

Located near major hotels, shopping & cultural centers, Laishley Park & Marina offers a great waterfront experience in the heart of historic Punta Gorda.

### General Rental Information:
1. Reservations are for the gazebo or picnic pavilion only and do not include reservation of or exclusive use of other park areas or amenities.  Rental of open space areas is available to accommodate additional needs.
2. You may not limit access to park patrons nor charge admission to the park.
3. The sale of food to the public is prohibited, unless through an approved event permit.
4. Glass containers are prohibited.
5. Alcoholic beverages for private parties are permitted from sunrise until sunset.
6. Shelter area and surrounding area must be left in the same condition as upon arrival.
7. All posted park rules must be observed.
8. Non-commercial reservations must be made a minimum of two (2) weeks in advance.
9. Payment required at time of reservation.
10. The boat ramp is open to the public.  Ord. # 1299-01 prohibits vehicles without trailers from parking in the designated boat trailer parking spaces, violators may be subject to a $10.00 fine.
11. Marina boat slips rented by the dockmaster.  Dockmaster at (941) 575-0142 or Dockmaster@LaishleyMarina.com
12. The interactive fountain may not be reserved – first come, first served basis.

## Florida's Harborside Hometown

# Fee Schedule

## LAISHLEY PARK

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| **Gazebo** | $20.00 per hour | $30.00 per hour | **$100.00** |
| **Marriage Point** | $10.00 per hour | $20.00 per hour | **$75.00** |
| **Stage/Open Space (up to 100)** | $20.00 per hour | $30.00 per hour | **$100.00** |
| **Stage/Open Space (101 to 500)** | $35.00 per hour | $45.00 per hour | **$150.00** |
| **Stage/Open Space (501 to 1500)** | $45.00 per hour | $55.00 per hour | **$300.00** |
| **Open Air Pavilion #1* (up to 100)** | $20.00 per hour $150.00 per day | $30.00 per hour $225.00 per day | **$75.00** |
| **Open Air Pavilion #2* (up to 100)** | **$20.00 per hour $150.00 per day** | **$30.00 per hour $225.00 per day** | **$75.00** |

*No tables or chairs are provided.*
*Note: Interactive Fountain area is not available for rent.*

## LAISHLEY PARK MULTI-DAY EVENT

| | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| **Set-up Per day** | $150.00 | $150.00 | **N/A** |
| **Clean-up per day** | $150.00 | $150.00 | **N/A** |
| **Event per day – Park Only** | $300.00 | $500.00 | **$500.00** |
| **Event per day – Exclusive Use*** | **$500.00** | **$750.00** | **$500.00** |

*Includes Open Space, Wally Stage, Pavilions and Interactive Fountain area. Punta Gorda Pathways harborwalk closure is ONLY permitted with City Council approval.*

## DISCOUNTED RATES

| Location | 501c3 Nonprofit Only | Active Military | Damage Deposit |
|---|---|---|---|
| **All Facilities** | **$100.00 per day** | **Waiver of up to $150.00** | **As stated per facility** |

## Florida's Harborside Hometown

## Park Site Plan



**Florida's Harborside Hometown**

Punta Gorda

## Covered Gazebo at Veterans Park

### Sec. 16-10 Vietnam Veterans Memorial of Southwest Florida

(a) Area of Applicability. The City has designated a certain area of Veterans Park as the "Vietnam Veterans Memorial of Southwest Florida". The City hereby designates the following area as a "limited designated public forum" as that term has been described by federal courts. The limited designated public forum area (hereinafter referred to as the "memorial area") is hereby bounded on the north and east by the Harborwalk Condominiums wall and access road, from these two lines perpendicular outside the two plaza areas at either end of the Memorial Wall then connected by a line between these two points across the pond. (b) Regulations. In addition to the park regulations contained in Section 16-4 of this Chapter, the following regulations shall apply within the designated memorial area:

(1) Items and acts which are strictly prohibited:

a. Food and drink.

b. Smoking, as defined in Section 16-2 of this Chapter.

c. Animals, pursuant to Section 16-4(g) of this Chapter.

d. Biking, skateboarding, roller blading, fishing or any other recreational activity.

e. Climbing, sitting on or attaching anything to the wall.

f. Merchandise sales or admissions fees.

g. Demonstration or special events:

i. The term "demonstrations" includes demonstrations, picketing, speechmaking, marching, holding vigils or religious services and all like forms of conduct that involve the communication or expression of views or grievances, engaged in by one or more persons, the conduct of which has the effect, intent or propensity to draw a crowd, onlookers or media interest. This term also does not include casual park use by visitors or tourists which does not have the intent or propensity to attract a crowd or onlookers.

ii. The term "special events"" includes sports events, pageants, celebrations, historical reenactments, regattas, entertainments, exhibitions, parades, fairs, festivals and similar events which are not demonstrations under paragraph (4)a. above, and which are engaged in by one or more persons, the conduct of which has the effect, intent or propensity to draw a crowd, onlookers or media interest. This term also does not include casual park use by visitors or tourists which does not have the intent or propensity to attract a crowd or onlookers.

h. Equipment setup including, but not limited, to microphones, speakers, lights or musical instruments. Except that a bugler playing Taps may stand and play from either of the two plaza areas.

(2) Stages and sound equipment permitted in other areas of Veterans Park may not be closer than one hundred (50) feet from the boundaries of the designated memorial area. Sound shall be directed away from the wall at all times.

(Ord. No. 1883-17, <sec> 2>, 11-01-2017)

## Florida's Harborside Hometown

## Covered Gazebo at Veterans Park

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Gazebo | $20.00 per hour | $30.00 per hour | $100.00 |





## Florida's Harborside Hometown

## Marriage Point

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|----------|------------------------|-------------------------|----------------|
| Marriage Point | $10.00 per hour | $20.00 per hour | $75.00 |

Located at the north-east corner of the park, overlooking the harbor.





## Florida's Harborside Hometown

## Open Space

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| **Stage/Open Space (up to 100)** | $20.00 per hour | $30.00 per hour | **$100.00** |
| **Stage/Open Space (101 to 500)** | $35.00 per hour | $45.00 per hour | **$150.00** |
| **Stage/Open Space (501 to 1500)** | **$45.00 per hour** | **$55.00 per hour** | **$300.00** |



## Florida's Harborside Hometown

## Wally Stage





**Florida's  Harborside Hometown**

## Open Air Pavilion(s)

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| **Open Air Pavilion #1\* (up to 100)** | $20.00 per hour<br>$150.00 per day | $30.00 per hour<br>$225.00 per day | **$75.00** |
| **Open Air Pavilion #2\* (up to 100)** | **$20.00 per hour**<br>**$150.00 per day** | **$30.00 per hour**<br>**$225.00 per day** | **$75.00** |





## Florida's Harborside Hometown

Punta Gorda

# PONCE de LEON PARK

## 3400 Ponce de Leon Parkway - Punta Gorda, FL  33950

Located on the western edge of the City at 3400 Ponce de Leon Parkway, Ponce de Leon Park overlooks the vast expanse of Charlotte Harbor and is located approximately 3.5 miles from downtown Punta Gorda and U.S. 41.  The parks amenities include a boat ramp, fishing piers, mangrove boardwalk, small playground, open air chapel area, and picnic pavilion.  The park also has a sandy beach area that is popular for watching the sunset and the boats cruising in and out of the channel into Punta Gorda Isles canal system.

Ponce de Leon Park is home to the Peace River Wildlife Center (PRWC).  A 501c3 non-profit dedicated to the treatment and rehabilitation of injured and orphaned native-Florida wildlife.  The PRWC treats over 2,000 furry and feathered patients annually.  When a patient cannot be returned to the wild, but is otherwise healthy it becomes a permanent resident.  Housed attractive habitats suggestive of their native environments these permanent residents are available for public viewing daily, Contact Peace River Wildlife Center for hours of operation.

### General Rental Information:

1. Reservations are for the picnic pavilion only and do not include reservation of or exclusive use of other park areas or amenities.  Rental of open space areas is available to accommodate additional needs such as a bounce house (insurance required), or additional tent or chairs, etc.
2. You may not limit access to park patrons nor charge admission to the park.
3. The sale of food to the public is prohibited, unless through an approved event permit.
4. Glass containers are prohibited.
5. Alcoholic beverages for private parties are permitted from sunrise until sunset.
6. Shelter area and surrounding area must be left in the same condition as upon arrival.
7. All posted park rules must be observed.
8. Non-commercial reservations must be made a minimum of two (2) weeks in advance.
9. Payment required at time of reservation.
10. City does not provide miscellaneous items such as charcoal, volleyball nets, horseshoe stakes, basket balls, tennis balls, etc.

## Florida's Harborside Hometown

# Fee Schedule

## PONCE DE LEON PARK

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Shelter (up to 100) | $10.00 per hour | $20.00 per hour | $75.00 |
| Open Chapel (150-200) | $10.00 per hour | $20.00 per hour | $100.00 |
| Open Space (up to 100) | $10.00 per hour | $20.00 per hour | $100.00 |
| Open Space (101 to 250) | $20.00 per hour | $30.00 per hour | $150.00 |

*Note: Events over 250 attendees not permitted.*

## DISCOUNTED RATES

| Location | 501c3 Nonprofit Only | Active Military | Damage Deposit |
|---|---|---|---|
| All Facilities | $100.00 per day | Waiver of up to $150.00 | As stated per facility |

## Florida's Harborside Hometown

## Park Site Plan



## Open Space / Beach Area

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Open Space (up to 100) | $10.00 per hour | $20.00 per hour | $100.00 |
| Open Space (101 to 250) | $20.00 per hour | $30.00 per hour | $150.00 |



## Florida's Harborside Hometown

## Shelter

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Shelter (up to 100) | $10.00 per hour | $20.00 per hour | $75.00 |

- Grills              2 Charcoal Grill
- Seating            6 picnic tables, Accommodates 36
- Trash Receptacles  4 trash cans outside
- Electrical          One, up high, on each post GFI
- Water              Drinking Fountain
- Lights             None
- Reservations are posted





Florida's Harborside Hometown

## Open Air Chapel

| Location | Category 1 (nonprofit) | Category 2 (for profit) | Damage Deposit |
|---|---|---|---|
| Open Chapel (150-200) | $10.00 per hour | $20.00 per hour | $100.00 |





## Florida's Harborside Hometown

Punta Gorda

# HECTOR HOUSE PLAZA

## Fee Schedule

### URBAN ~~PARKS~~ FACILITY

| Location | Rate | Damage Deposit |
|---|---|---|
| Hector House Plaza (100 max) | $25.00 per hour | $250.00 |

### DISCOUNTED RATES

| Location | 501c3 Nonprofit Only | Active Military | Damage Deposit |
|---|---|---|---|
| All Facilities | $100.00 per day | Waiver of up to $150.00 | As stated per facility |



## Florida's Harborside Hometown

*Punta Gorda*

# GOVERNMENT CENTER PLAZA

## Fee Schedule

### URBAN ~~PARKS~~ FACILITY

| Location | Rate | Damage Deposit |
|----------|------|----------------|
| Government Center (100 max) | $25.00 per hour | $250.00 |

### DISCOUNTED RATES

| Location | 501c3 Nonprofit Only | Active Military | Damage Deposit |
|----------|---------------------|-----------------|----------------|
| All Facilities | $100.00 per day | Waiver of up to $150.00 | As stated per facility |



## Florida's Harborside Hometown

Punta Gorda

# HERALD COURT CENTRE

## Fee Schedule

### URBAN ~~PARKS~~ FACILITY

| Location | Rate | Damage Deposit |
|---|---|---|
| Herald Court Centre Top Deck | $125.00 for 4 hours $250.00 for all day | $500.00 |

### DISCOUNTED RATES

| Location | 501c3 Nonprofit Only | Active Military | Damage Deposit |
|---|---|---|---|
| All Facilities | $100.00 per day | Waiver of up to $150.00 | As stated per facility |



## Florida's Harborside Hometown