# Exhibit x

https://www.yoursun.com/charlotte/news/crowd-control-now-an-option-for-pg-farmers-market-organizers/article_b0cae6fa-4bfd-11e9-8dfb-f3f953aafc96.html

# Crowd control now an option for PG Farmers Market organizers

By DANIEL SUTPHIN Staff Writer

Mar 26, 2019

Up until now, the Punta Gorda Downtown Farmers Market has been a public space, free for anyone to come and go as they please.

While that remains the case for vendors and shoppers, solicitors, protesters and other non-patrons can now be removed by the Punta Gorda Police Department at the will of the Downtown Merchant's Association, the organization that oversees the market.

Last week, the City Council approved an annual lease with DMA for $750 per year that allows the association to maintain and run the market like any other festival or event in town. This makes the market area private under their supervision each Saturday until all cleanup of the market is complete.

This action comes after harassment issues emerged between a vendor and a local YouTube personality, resulting in a restraining order against the YouTuber, according to a March 5, 2019 court report provided by the Charlotte County 20th Judicial Circuit Court clerk's office.

"I have been trying to do this (street lease) for a while ... before the incident with the stalker," said Jerry Presseller, market manager and DMA member. "The st just helped me bring it forward more quickly with the city."

Privacy - Terms

In the past, Presseller said that they've had to deal with people soliciting at the market which has been a negative experience for shoppers.

"The police could do nothing (to remove people) as it was a public space," Presseller said. "This will help the DMA control the crowd as it is no longer (considered to be) a public space ... it now becomes private."

The Downtown Farmers Market runs each Saturday from 8 a.m. to 1 p.m., along a portion of Taylor Street, Herald Court, Hector House Plaza and a small portion of Sullivan Street.

"This is an event for the city," Presseller said. "It's not like we are renting a park for a weekend event. This is truly just a local weekly event held year round and we do not charge admission like your weekly park events do. "

The event will not change for shoppers, according to Presseller. As of this report, DMA has no plans of charging their vendors any more than they already do.

"This will absolutely make the vendors feel safer and that is another reason we requested the lease," Presseller said. "I think the city did the absolute right thing (by approving this)."

The City Council didn't hesitate to approve the lease what with the market's ever-increasing success. It was only January of this year that it expanded into Sullivan Street, going from 71 vendors to 88.

"With the tremendous success and growth of the Market, the Downtown Merchants want to be able to manage the event more efficiently, just like other event organizers who utilize and rent a public park exclusively," said City Communications Manager Melissa Reichert. "By establishing a boundary area and annual rental fee, the market has exclusive use of the outlined area for the Farmers Market."

Case 2:24-cv-00495-JLB-KCD     Document 97-2     Filed 01/28/25     Page 4 of 4 PageID 1477

Email: <u>Daniel.Sutphin@yoursun.com</u>