**INDEX**

| | | |
|---|---|---|
| **CASE STYLE:** | **Sheets, A. v. Cty of Punta Gorda** | |
| **VENUE:** | **U.S. District Court Middle District** | |
| **CASE NO:** | **2:24-CV-00495-JLB-KCD** | |

| TAB # | DATE | PLEADING | PARTY |
|---|---|---|---|
| 1. | 02/11/25 | EXHIBIT "1" to Defendant's Motion to Dismiss Third Amended Complaint, sent by USB to the Court and via Link to Plaintiff and Co-Defendants | DEF |