| | |
|---|---|
| **From:** | David Jadon |
| **To:** | FEDERALLAWSUIT 4FREESPEECH; Lupe Ramirez |
| **Subject:** | RE: SHEETS V PRESELER,CONFERAL ON DISCOVERY |
| **Date:** | Wednesday, January 22, 2025 4:20:00 PM |
| **Attachments:** | image001.png |

Mr. Sheets,

I have reviewed the letters you have sent me. Unfortunately, I'm not sure I understand them. You appear to have copied and pasted my letter to you and supplemented it with case law. This is not proper. Many of the discovery requests were also responded to. The cases you cite have little, if any relevance to any discovery issues. Many of them are out of context and have nothing to do with the claims in this case nor do they address any of the issues raised by the objections.



**ROPER TOWNSEND SUTPHEN**
ATTORNEYS AT LAW

www.roperpa.com

**DAVID JADON**
Attorney

255 S. Orange Avenue, Suite 750
Orlando, FL 32801
Tel: 407-897-5150
Fax: 407-897-3332
djadon@roperpa.com

This communication and any attachments constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, and disclosure is limited to the intended recipient(s). Unless expressly stated otherwise, this message and any accompanying documents are confidential and may be subject to the attorney-client privilege or deemed work product documents. The sender's expectation of privacy as to the content of this email and any accompanying documents is extremely high. This message is intended solely for the addressee(s). If you are not the intended recipient, you have received this email in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this email, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, destroy the message and inform the sender immediately at the telephone number, address, or email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements, and this email does not create an existing business relationship.

**From:** FEDERALLAWSUIT 4FREESPEECH <federallawsuit4freespeech@gmail.com>
**Sent:** Tuesday, January 21, 2025 6:50 PM
**To:** David Jadon <djadon@Roperpa.com>; Lupe Ramirez <Lramirez@Roperpa.com>
**Subject:** SHEETS V PRESELER,CONFERAL ON DISCOVERY


U WERE GIVEN THE DOCUMENTS THIS IS THE FINAL STATEMENT FOR EACH WITCH I FORGOT TO ATTACH

It has now been weeks, and I have not been notified by you of when any such documents will be produced. The Federal Rules of Civil Procedure set forth explicit time limits for responding to discovery requests. If unable to answer timely, a party should seek an informal extension of time. I am not aware of any such extension request from you. Your responses are thus untimely and have delayed the discovery process. Please provide your receipt and acknowledgment of this correspondence and whether you agree to supplement your responses.

Please provide better responses and any and all documents in your possession to the above-mentioned items by close of business 2/1/2025 in order to avoid the filing of a motion to compel and to seek other appropriate relief from the Court.

*/s/andrew sheets*

*andrew sheets pro se*

*11408 pepperdine st*

*punta gorda fl 33955*

federallawsuit4freespeech@gmail.com