UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

       Plaintiff,

    v.                                                     Case No. 2:24-CV-495-JLB-KCD

JERRY PRESSELLER, IN THEIR
INDIVIDUAL AND OFFICIAL
CAPACITY; OFFICER DAVID
JOSEPH LIPKER, IN THEIR
INDIVIDUAL AND OFFICIAL
CAPACITY;  CITY OF PUNTA
GORDA, IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITY; AND
PUNTA GORDA DOWNTOWN
MERCHANTS ASSOCIATION,
INC.,

       Defendants,

_____/

**<u>ORDER</u>**

      Defendants City of Punta Gorda and Officer David Lipker move to quash

a subpoena from Plaintiff Andrew Sheets. (Doc. 115.)[1] Sheets has responded,

claiming the motion is moot because the "subpoena . . . was never issued, filed,

or served." (Doc. 117 at 1.) Given Sheets' concession that the subpoena was not

served and no response is due, the Court agrees that this dispute "is obviously

moot and academic." *In re Edgewood Gen. P'ship*, 166 B.R. 188, 190 (Bankr.

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

M.D. Fla. 1994); *see also Allen v. Goard*, No. 14-61147-CIV, 2019 WL 13182242, at *1 (S.D. Fla. Mar. 22, 2019). Defendants' motion is thus **DENIED**. They can seek relief should Sheets proceed with serving the subpoena.

     **ORDERED** in Fort Myers, Florida on March 27, 2025.


Kyle C. Dudek
United States Magistrate Judge