UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NUMBER 2:24-cv-495-JLB-KCD

ANDREW BRYANT SHEETS,
    PLAINTIFF

VS.

JERRY PRESSELLER, THE
DOWNTOWN MERCHANTS
COMMITTEE OF PUNTA GORDA,
INC., DAVID JOSEPH LIPKER and
CITY OF PUNTA GORDA,
    DEFENDANTS

## MEDIATION RESULTS REPORT

A Mediation conference was held on August 8, 2025. The parties and/or their designated representatives ☒ appeared ☐ did not appear Note:

The results of the mediation conference were:

☐ Full settlement;
☒ No settlement;
☐ Partial settlement - Note:
☐ Mediation took place and is continued - Note:

Dated: August 8, 2025

_____
Roger C. Benson, Mediator
2158 Blossom Way South
St. Petersburg, Florida 33712-6016
727-822-0357; (fax) 727-388-6945
benson@bensonmediation.com

Copies to counsel of record and *pro se* parties