UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.

CITY OF PUNTA GORDA, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY;

    Defendant,
_____/

Case No. 2:24-cv-495-KCD-DNF

## ORDER

Before the Court is Plaintiff's Objection to Magistrate Judge's Order Denying Leave to Amend. (Doc. 181.)[1] Plaintiff complains that Judge Frazier erroneously denied his request to add a conspiracy claim to this case following eighteen months of litigation and after discovery closed. For the reasons below, the Court **OVERRULES** the objections.

Under Federal Rule of Civil Procedure 72(a), a party may object to a magistrate judge's order on a non-dispositive matter. The district court must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). "A finding is clearly erroneous if the reviewing court, after assessing the evidence in its entirety, is left with

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

definite and firm conviction that a mistake has been committed." *A.R. by and through Root v. Dudek*, 151 F. Supp. 3d 1309, 1312 (S.D. Fla. 2015). "A magistrate judge's order is contrary to law when it fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Id.*

Judge Frazier's ruling here is not clearly erroneous or contrary to existing law. He applied the correct procedural rule (Fed. R. Civ. P. 15) and weighed the appropriate factors, concluding that Plaintiff's motion was the result of undue delay. The Court agrees. Plaintiff's request came after discovery closed and several of the defendants had been dismissed. As Judge Frazier aptly noted, "[t]hese dismissed Defendants as well as the City of Punta Gorda would be extremely prejudiced if Plaintiff were allowed to add a conspiracy claim, given that discovery would need to be reopened, and all the deadlines be extended." (Doc. 180 at 3.)

After reviewing the record, the Court is left "with definite and firm conviction that" Judge Frazier was absolutely right. *Dudek*, 151 F. Supp. 3d at 1312. Accordingly, Plaintiff's objections (Doc. 181) are **OVERRULED**.

**ORDERED** in Fort Myers, Florida on November 26, 2025.

Kyle C. Dudek
United States District Judge