UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.

CITY OF PUNTA GORDA,

    Defendant.
_____/

Case No. 2:24-cv-495-KCD-DNF

## ORDER

The City of Punta Gorda has moved for summary judgment (Doc. 177) but has seemingly not filed a responsive pleading to the Fourth Amended Complaint (Doc. 170). Thus, by **January 12, 2026**, the City must show cause as to why (and how) the Court should grant summary judgment given this procedural posture. *See* Fed. R. Civ. P. 12 (a)(1)(A) ("A defendant *must* serve an answer[.]").

**ORDERED** in Fort Myers, Florida on January 6, 2026.

Kyle C. Dudek
United States District Judge