UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

     Plaintiff,

v.                                   Case No. 2:24-CV-00495-KCD-KRH

CITY OF PUNTA GORDA,

     Defendant.

_____/

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT**

Defendant, the City of Punta Gorda, by and through the undersigned counsel, responds in opposition to Plaintiff's "emergency" motion to supplement (Doc. 224) and states as follows:

As predicted in Defendant's motion in limine, Plaintiff seeks leave of court to introduce last minute "evidence" regarding drafts of City ordinances. This is an attempt to introduce evidence at trial of subsequent remedial measures in direct violation of Federal Rule of Evidence 407, and is not admissible to provide culpable conduct, a warning, or instruction. See Fed. R. Evid. 407; *see also See Lizarazo v. Greaves*, 2018 U.S. Dist. LEXIS 228674 *10-11 (S.D. Fla. June 19, 2018).

Wherefore, for the reasons stated in its motion in limine (218), and the grounds stated herein, Defendant respectfully requests the Court deny Plaintiff's motion in its entirety.

Respectfully submitted,

1

/s/ David R. Jadon
David R. Jadon, Esquire
Florida Bar No.:  1010249


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a true and correct copy of the foregoing through a notice of electronic filing to CM/ECF participants: Andrew B. Sheets, *Pro se*, 11408 Pepperdine Street, Punta Gorda, FL 33955, and e-mailed: deprivationofrightsunderlaw@gmail.com.

/s/ David R. Jadon
David R. Jadon, Esquire
Florida Bar No.:  1010249
Jeffrey L. Ashton, Esquire
Florida Bar No.:  318337
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL  32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary:  djadon@roperpa.com;
 jashton@roperpa.com
Secondary:  lramirez@roperpa.com
Attorney for Defendant *City of Punta Gorda*

2